UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNTEL STERLING BEST SHORES MAURITIUS LIMITED, and SYNTEL, INC.,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>THE TRIZETTO GROUP, INC. and COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION,<br><br>Defendants and Counterclaimants. | 1:15-cv-00211 (LGS) (RLE)<br><br>**DEFENDANTS AND COUNTERCLAIMANTS TRIZETTO CORPORATION AND COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION'S NOTICE OF MOTION FOR LEAVE TO AMEND COUNTERCLAIMS** |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law in support of this motion, the accompanying declaration of Gianni Cutri, filed concurrently herewith, the exhibits annexed thereto, and all pleadings and documents already before the Court, Defendants and Counterclaimants The TriZetto Group, Inc., now known as TriZetto Corporation, and Cognizant Technology Solutions Corporation ("Defendants") will move this Court, before the Hon. Ronald L. Ellis, Magistrate Judge of the United States District Court for the Southern District of New York, at the United States District Courthouse, located at 500 Pearl Street, New York, New York 10007, at a time and place to be scheduled by this Court, for an order granting Defendants' motion for leave to amend their counterclaims against Plaintiffs and Counterdefendants Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. as follows:

1. To add new claims and allegations of copyright infringement;

2. To expand allegations of misappropriation under New York law;

3. To add new claims and allegations of trade secret theft under the Defend Trade Secrets Act;

4. To expand allegations of breach of contract; and

5. To make such additional amendments to conform the counterclaims to the products of discovery and new information developed since their initial filing.

Dated: June 13, 2016  
      New York, New York

KIRKLAND & ELLIS LLP

/s/   Gianni Cutri  
Michael De Vries (admitted *pro hac vice*)  
333 South Hope Street  
Los Angeles, California 90071  
Tel: (213) 680-8400  
Fax: (213) 680-8500  
michael.devries@kirkland.com

Gianni Cutri (admitted *pro hac vice*)  
300 North LaSalle  
Chicago, Illinois 60654  
Tel: (312) 862-2000  
Fax: (312) 862-2200  
gianni.cutri@kirkland.com

Jared Barcenas (SDNY Bar No. JB0784)  
Joshua Simmons (SDNY Bar No. JS2341)  
Phillip Hill (SDNY Bar. No. PH0202)  
601 Lexington Avenue  
New York, New York 10022  
Tel: (212) 446-4800  
Fax: (212) 446-4900  
jared.barcenas@kirkland.com  
joshua.simmons@kirkland.com  
phil.hill@kirkland.com  
*Attorneys for Defendants-Counterclaimants TriZetto Corporation and Cognizant Technology Solutions Corporation*