# KIRKLAND & ELLIS LLP
### AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Gianni Cutri<br>To Call Writer Directly:<br>(312) 862-3372<br>gianni.cutri@kirkland.com | 300 North LaSalle<br>Chicago, IL 60654<br><br>(312) 862-2000<br><br>www.kirkland.com | Facsimile:<br>(312) 862-2200 |

July 26, 2018

Honorable Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    Stipulation, *Syntel Sterling Best Shores Mauritius Ltd. v. The TriZetto Grp., Inc.*, No. 1:15-cv-00211 (LGS) (SDA)

Dear Judge Aaron:

      Defendants submit this Stipulation in connection with Your Honor's June 18, 2018 Order setting a briefing schedule for Defendants' "motion for sanctions regarding Syntel's alleged discovery misconduct[.]" Dkt. 405 ¶ 5. Plaintiffs/counterclaim defendants ("Syntel" or "Plaintiffs") consent to this Stipulation in the interest of judicial economy and the avoidance of unnecessary disputes concerning administrative matters, and without prejudice to its continuing objections to Defendants' claims. Upon submission of a previous Stipulation by the parties, Your Honor granted the parties' request for expansion of the briefing page limits to 30 pages for Defendants' opening brief and for Syntel's responsive brief respectively. Dkt. 411. As of July 9, 2018, Syntel has produced approximately 65,000 documents in response to the Court's order concerning documents on Mr. Chadha's computer. Dkt. 405 ¶ 1. Defendants expect to address several of these documents as part of the upcoming briefing. Defendants therefore respectfully request a further expansion of the briefing page limits by an additional 3 pages for Defendants' opening brief and Syntel's responsive brief for a total of 33 pages each. If this expansion of the page limits is acceptable to the Court, we respectfully request that the Court "so order" this letter.

                                            Sincerely,

                                            /s/ Gianni Cutri
                                            Attorney for Defendants

                                            /s/ Ryan Watkins
                                            Attorney for Syntel

cc:  All Counsel of Record