UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNTEL STERLING BEST SHORES MAURITIUS LIMITED, and SYNTEL, INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> -against- <br><br> THE TRIZETTO GROUP, INC. and COGNIZANT TECHNOLOGY SOLUTIONS CORP., <br><br> Defendants and Counterclaimants. | 1:15-cv-00211 (LGS) (SDA) |

### DECLARATION OF GLENN C. SHEETS

I, Glenn C. Sheets, hereby declare and state as follows:

1. I am a Managing Director of the Dispute Consulting Group at Stout Risius Ross, LLC ("Stout"). Stout is a financial advisory firm that focuses its services in the areas of Investment Banking; Valuations Advisory; and Dispute Consulting Services. I have been retained as an expert by Plaintiffs Syntel Sterling Best Shores Mauritius Limited, and Syntel, Inc. ("Syntel") in the above-captioned case.

2. I submitted an expert report in the above-captioned case on October 19, 2018. A true and correct copy of that report is attached to this declaration as Exhibit 1.

3. I know the statements made in connection therewith to be true based upon personal knowledge and/or based upon a reasonable investigation, and I adopt and affirm all of the opinions expressed in that report. If called upon as a witness, I would testify to the truth of the statements made therein.

4833-8198-4414.1

I declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 5th day of August, 2019.

_____
Glenn C. Sheets

# EXHIBIT 1
# (REQUESTED TO FILE UNDER SEAL)