UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Syntel Sterling Best Shores Mauritius Limited et al.,

          Plaintiffs,

-against-

The Trizetto Group, et al.,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2019

1:15-cv-00211 (LGS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that, no later than December 27, 2019, the parties shall submit additional briefing regarding the substantive law to be applied to Plaintiff's claims for intentional interference with contractual relations (Counts II and III of the Amended Complaint).

**SO ORDERED.**

DATED:    New York, New York
               December 16, 2019

_____
STEWART D. AARON
United States Magistrate Judge