# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle
Chicago, Illinois 60654

Gianni Cutri
To Call Writer Directly:
(312) 862-3372
gianni.cutri@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2019

December 20, 2019

**Via CM/ECF**

Honorable Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. SO ORDERED.

Dated: December 20, 2019

Re: Stipulation, *Syntel Sterling Best Shores Mauritius Ltd., et al. v. The TriZetto Group, Inc., et al.*, Case No. 15 Civ. 0211 (LGS) (SDA)

Dear Judge Aaron:

Defendants and Syntel submit this Stipulation in connection with Your Honor's December 16, 2019 Order. Dkt. 578. Specifically, the parties respectfully request that the deadline to submit additional briefing regarding the substantive law to be applied to Plaintiff's claims for intentional interference with contractual relations be extended from December 27, 2019 to January 17, 2020. This short extension will allow the parties to adequately address the questions posed by the Court, particularly in light of the year-end holidays and vacation schedules. If this extension is acceptable to the Court, we respectfully request the Court "so order" this letter.

Sincerely,

/s/ Gianni Cutri
Attorney for Defendants

/s/ Anne Sekel
Attorney for Syntel

cc: All Counsel of Record