| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------X<br>SYNTEL STERLING BEST SHORES<br>MAURITIUS LIMITED, ET AL.,<br>                              Plaintiffs,<br>                  -against-<br>THE TRIZETTO GROUP, INC.,<br>                              Defendants.<br>------------------------------------------------------------X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 1/29/2020<br><br>15 Civ. 211 (LGS)<br><br>ORDER |

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on January 27, 2020, Judge Aaron issued his Report and Recommendation ("Report") on the parties' cross-motions for summary judgment. Objections, if any, to the Report are due on February 10, 2020. Responses, if any, to objections are due February 24, 2020. It is hereby

      **ORDERED** that the parties are advised that <u>no</u> extensions will be granted for any objections or responses to objections. It is further

      **ORDERED** that any objections shall not exceed 10 double-spaced pages. Any responses shall not exceed 10 double-spaced pages. No exhibits will be permitted, and the parties shall cite, if needed, to the summary judgment record. The responding party to any objections shall send courtesy copies to Chambers.

Dated: January 29, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**