UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Syntel Sterling Best Shores Mauritius Limited et al.,

                    Plaintiffs,

-against-

The Trizetto Group, et al.,

                    Defendants.

1:15-cv-00211 (LGS) (SDA)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2020

**STEWART D. AARON, United States Magistrate Judge:**

Having reviewed the parties' Joint Letters requesting permission to file under seal certain submissions in connection with the parties' cross-motions for partial summary judgment (*see* ECF Nos. 519, 537, 561, 571, 575 & 587), it is hereby Ordered that, the parties' applications are GRANTED.

Because the parties' filings pre-date the change in the Court's practices regarding filing under seal, the parties shall, no later than February 25, 2020, file in the traditional manner (*i.e.* in paper form) the full, unredacted versions with the Clerk of Court.

**SO ORDERED.**

DATED:    New York, New York
               February 11, 2020

_____
STEWART D. AARON
United States Magistrate Judge