UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
SYNTEL STERLING BEST SHORES MAURITIUS
LIMITED, ET AL.,
:
Plaintiffs, : 15 Civ. 211 (LGS)
:
-against- : **ORDER**
:
THE TRIZETTO GROUP, ET AL., :
Defendants. :
------------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Judge Aaron issued a Report and Recommendation (the "Report") on the parties' cross-motions for partial summary judgment on January 27, 2020. It is hereby

**ORDERED** that, for reasons stated in the Opinion & Order, which will follow separately under seal, the Report is adopted in full. The parties' objections either are overruled or deemed waived. It is further

**ORDERED** that, if the parties seek any portion of the Opinion & Order to remain under seal, they shall file a letter request <u>specifically</u> justifying each category of information to be sealed, by **March 27, 2020**. The letter shall attach a copy of the Opinion & Order highlighting any portions the parties seek to be sealed. The parties may either file separate letters or, preferably, a joint letter. If a joint letter, each party's proposed sealing should be highlighted in a different color.

The Court will not permit the entire Opinion & Order to be sealed, but at most only particular lines. If the parties make no letter request, the Opinion & Order will be unsealed by March 30, 2020.

The Clerk of Court is respectfully directed to close Dkt. Nos. 520 and 528.

Dated: March 24, 2020
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**