UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SYNTEL STERLING BEST SHORES                                 :
MAURITIUS LIMITED, ET AL.,                                  :
                                      Plaintiffs,           :    15 Civ. 211 (LGS)
                                                            :
                   -against-                                :    ORDER
                                                            :
THE TRIZETTO GROUP, ET AL.,                                 :
                                      Defendants.           :
                                                            :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by letter dated February 24, 2020, (Dkt. No. 601), Defendants request certain redactions to their Response in Opposition to Plaintiff's Objections to Report and Recommendations;

WHEREAS, Defendants' proposed redactions contain confidential and proprietary business information regarding trade secrets. It is hereby

**ORDERED** that Defendants' request is GRANTED. Although "[t]he common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute, and courts "must balance competing considerations against" the presumption of access. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006) (internal quotation marks omitted); *see also Nixon v. Warner Commc'ns., Inc.*, 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case."). The proposed redactions are narrowly tailored to prevent unauthorized dissemination of sensitive business information.

The parties are advised that the Court retains discretion as to whether to afford confidential treatment to redacted information in Orders and Opinions.

The Clerk of Court is respectfully directed to close Dkt. No. 601.

Dated: April 6, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE