UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SYNTEL STERLING BEST SHORES
MAURITIUS LIMITED, ET AL.,
                                    Plaintiffs,

                -against-

THE TRIZETTO GROUP, ET AL.,
                                    Defendants.
-------------------------------------------------------------X

15 Civ. 211 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiffs Syntel Inc. and Syntel Sterling Best Shores Mauritius Ltd. ("Syntel") request to file a redacted version of its pretrial memorandum of law. The request states that Syntel does not have a confidentiality interest in certain information designated as confidential by Defendants The TriZetto Group Inc. and Cognizant Technology Solutions Corp. and that the application is made to allow Defendants the opportunity to request the confidential material be filed under seal. (Dkt. No. 644);

WHEREAS, Defendants also request to file a redacted version of their pretrial memorandum of law. The request states that Defendants do not have a confidentiality interest in certain information designated as Confidential by Plaintiffs in their pretrial memorandum of law and are allowing Plaintiffs the opportunity to request the confidential material be filed under seal. (Dkt. No. 639). It is hereby

**ORDERED** that by **September 4, 2020**, Syntel and Defendants shall file letters requesting any proposed redactions to Defendants' and Syntel's pretrial memoranda, respectively, with specific justifications for each category of information to be sealed. It is further

**ORDERED** that any future requests to file redacted pre-trial submissions must be made jointly, with each party's proposed sealing highlighted in a different color.

Dated: September 1, 2020
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**