UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SYNTEL STERLING BEST SHORES
MAURITIUS LIMITED, ET AL.,
                              Plaintiffs,

                -against-

THE TRIZETTO GROUP, ET AL.,
                              Defendants.
------------------------------------------------------------X

15 Civ. 211 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, by Order at Dkt. No. 634, the jury trial is currently scheduled to commence on October 19, 2020, at 9:45 a.m.;

    WHEREAS, by Standing Order dated April 20, 2020, 20-mc-197, the conduct of jury trials was suspended due to COVID-19. It is hereby

    **ORDERED** that the parties are advised that jury trials will resume, and the jury trial in this action is in line to proceed the week of October 19, 2020. The parties shall be ready to proceed on 24 hours' notice on or after October 19, 2020. The final pre-trial conference previously scheduled to take place on October 7, 2020, at 11:30 a.m., will take place telephonically on the following conference call line: 888-363-4749, access code: 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed by that time.

Dated: September 4, 2020
       New York, New York

                                    LORNA G. SCHOFIELD
                                    **UNITED STATES DISTRICT JUDGE**