UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SYNTEL STERLING BEST SHORES
MAURITIUS LIMITED, ET AL.,
                                Plaintiffs,          15 Civ. 211 (LGS)

              -against-                        ORDER

THE TRIZETTO GROUP, ET AL.,
                               Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that a telephonic status conference will be held on **September 17, 2020, at 11:00 a.m. (EDT)** on the following conference line: Dial-in 888-363-4749, Access code 558-3333.

      The parties' respective jury consultants, if any, shall join the telephonic status conference. The time of the conference is approximate, but the parties shall be ready to proceed by that time.

Dated: September 16, 2020
       New York, New York

                                                        LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE