UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNTEL STERLING BEST SHORES MAURITIUS LIMITED, and SYNTEL, INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> THE TRIZETTO GROUP, INC. and COGNIZANT TECHNOLOGY SOLUTIONS CORP., <br><br> Defendants and Counterclaim-Plaintiffs. | 1:15-CV-00211 (LGS) (SDA) <br><br> Hon. Lorna G. Schofield |

**TRIZETTO'S MOTION IN LIMINE NO. 2 TO EXCLUDE UNTIMELY EXPERT OPINIONS OF SYNTEL EXPERT DANIEL ROFFMAN CONTRAVENING COURT'S PRECLUSION ORDER**

Defendants/Counterclaim-Plaintiffs Cognizant Technology Solutions Corp. and The TriZetto Group, Inc. (collectively, "TriZetto"), submit this Motion in Limine to Exclude Untimely Expert Opinions of Syntel Expert Denial Roffman Contravening the Court's Preclusion order.

For the reasons set forth in the accompanying Memorandum of Law, filed concurrently herewith, the Court should preclude Plaintiffs/Counterclaim-Defendants Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. (collectively "Syntel") from introducing opinions offered by their expert Daniel Roffman after the close of expert discovery, which also contravene the Court's preclusion order.

Dated: September 21, 2020

*/s/ Gianni Cutri*
Michael W. De Vries
Justin Singh
Benjamin A. Herbert
Andrew Morrill
Gavin Moler

1

KIRKLAND & ELLIS LLP
555 S. Flower St.
Los Angeles, CA 90071
Tel: (213) 680-8400
Fax: (213) 680-8500
michael.devries@kirkland.com
justin.singh@kirkland.com
benjamin.herbert@kirkland.com
drew.morrill@kirkland.com
gavin.moler@kirkland.com

Gianni Cutri
Adam M. Kaufmann
Kyle Kantarek
Jake Rambeau
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
gianni.cutri@kirkland.com
adam.kaufmann@kirkland.com
kyle.kantarek@kirkland.com
jake.rambeau@kirkland.com

Leslie M. Schmidt
Joshua L. Simmons
KIRKLAND & ELLIS LLP
601 Lexington Ave.
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-4900
leslie.schmidt@kirkland.com
joshua.simmons@kirkland.com

*Attorneys for Defendants and Counterclaim-Plaintiffs The TriZetto Group, Inc. and Cognizant Technology Solutions Corp.*