UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SYNTEL STERLING BEST SHORES                                 :
MAURITIUS LIMITED, et al.,                                  :
                                      Plaintiffs,           :   15 Civ. 211 (LGS)
                                                            :
                  -against-                                 :   ORDER
                                                            :
THE TRIZETTO GROUP, et al.,                                 :
                                      Defendants.           :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendants/Counterclaim-Plaintiffs filed a motion in *limine* to preclude Plaintiffs/Counterclaim-Defendants Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. (collectively "Syntel") from providing testimony (or presenting other evidence) concerning matters about which Syntel's Rule 30(b)(6) witness Daniel Moore refused to testify based on claims of privilege at his deposition in his Rule 30(b)(6) capacity and at his depositions in his personal capacity. Dkt. No. 707. It is hereby

**ORDERED** that by **September 25, 2020**, Defendants/Counterclaim-Plaintiffs shall file a two-column chart identifying in (i) the left column the testimony they seek to have precluded and (ii) the right column the question not answered on the ground of privilege, including citations to the deposition transcripts. Defendants/Counterclaim-Plaintiffs shall file as exhibits to the chart the relevant transcript pages to the extent not provided as exhibits to the Declaration of Adam Kaufmann at Dkt. No. 709. The filing should be electronically related to Dkt. No. 707 on ECF.

Dated: September 23, 2020
       New York, New York

                                           _____
                                           LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE