```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SYNTEL STERLING BEST SHORES                                 :
MAURITIUS LIMITED, et al.,                                  :
                                                            :   15 Civ. 211 (LGS)
         Plaintiffs/Counterclaim-Defendants,                :
                                                            :   ORDER
                    -against-                               :
                                                            :
THE TRIZETTO GROUP., et al.,                                :
                                                            :
         Defendants/Counterclaim-Plaintiffs.                :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

      Defendants/Counterclaim-Plaintiffs The TriZetto Group, Inc. and Cognizant Technology Solutions Corp. (collectively, "Defendants") move *in limine* (Dkt. No. 707) to preclude Plaintiffs/Counterclaim-Defendants Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. (together, "Syntel") from presenting testimony on matters over which Syntel claimed privilege during the deposition of its trial witness Daniel Moore.

      Defendants shall file a Reply, not to exceed five pages, to Syntel's Opposition (Dkt. Nos. 816 and 817) by **October 5, 2020.**

Dated: New York, New York
         September 30, 2020

                                                            **LORNA G. SCHOFIELD**
                                               **UNITED STATES DISTRICT JUDGE**