UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                 :
SYNTEL STERLING BEST SHORES   :
MAURITIUS LIMITED, et al.,        :
                Plaintiffs,  :     15 Civ. 211 (LGS)
                 :
        -against-              :      ORDER
                 :
THE TRIZETTO GROUP, et al.,    :
                Defendants.  :
                 :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by letters dated September 28, 2020, (Dkt. Nos. 803 & 820) Defendants/Counterclaim-Plaintiffs The TriZetto Group, Inc. ("TriZetto") and Cognizant Technology Solutions Corp., and Plaintiffs/Counterclaim-Defendants Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. (together, "Syntel") withdrew Syntel's motion in *limine* No. 9 (Dkt. No. 698) and TriZetto's motion in *limine* No. 9 (Dkt. No. 723). It is hereby

**ORDERED** that the motions in *limine* at Dkt. Nos. 698 and 723 are DENIED as moot.

The Clerk of Court is respectfully directed to close Dkt. Nos. 698 and 723.

Dated: October 1, 2020
       New York, New York

                                **LORNA G. SCHOFIELD**
                             **UNITED STATES DISTRICT JUDGE**