UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SYNTEL STERLING BEST SHORES                                 :
MAURITIUS LIMITED, et al.,                                  :
                                    Plaintiffs,             :     15 Civ. 211 (LGS)
                                                            :
            -against-                                       :     ORDER
                                                            :
THE TRIZETTO GROUP, et al.,                                 :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is **ORDERED** that the final pretrial conference scheduled for October 7, 2020, will be held by videoconference using the Court's Skype for Business technology. The parties will receive an e-mail including a link to join the videoconference in advance of the conference. The public may dial in to the conference using the following conference call line: 888-363-4749, access code: 558-3333.

Dated: October 5, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE