UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SYNTEL STERLING BEST SHORES
MAURITIUS LIMITED, et al.,

                         Plaintiffs,        15 Civ. 211 (LGS)

        -against-                          ORDER

THE TRIZETTO GROUP, et al.,

                        Defendants.
-------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the final pretrial conference was held today by videoconference. For the reasons stated at the conference, it is hereby

**ORDERED** that by **October 8, 2020, at 5:00 p.m.**, Defendants/Counterclaim-Plaintiffs The TriZetto Group, Inc. and Cognizant Technology Solutions Corp., and Plaintiffs/Counterclaim-Defendants Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. shall provide proposed jury instructions regarding their affirmative defenses, suitable for the preliminary charge. It is further

**ORDERED** that, if there are any remaining objections regarding the parties' trial exhibits, the parties shall provide by **October 12, 2020, at 5:00 p.m.**, a revised exhibit list, in the form set forth in the Court's Trial Procedures During Covid 19 Pandemic, and shall file a letter identifying remaining evidentiary objections and the parties respective positions. It is further

**ORDERED** that the parties shall continue to meet and confer on deposition designations and, when the parties have reached an impasse, they shall re-submit the relevant deposition transcripts, marked in accordance with Individual Rule IV.B.2(h).

Dated: October 7, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE