UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SYNTEL STERLING BEST SHORES
MAURITIUS LIMITED, et al.,

        Plaintiffs/Counterclaim-Defendants,

-against-

THE TRIZETTO GROUP, et al.,

        Defendants/Counterclaim-Plaintiffs.
------------------------------------------------------------X

15 Civ. 211 (LGS)

ORDER
(Plaintiffs' MIL 11)

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Plaintiffs/Counterclaim-Defendants Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. (together, "Syntel") move *in limine* (Dkt. No. 744) to preclude the Facets documentation Defendants/Counterclaim-Plaintiffs The TriZetto Group, Inc. and Cognizant Technology Solutions Corp. ("Defendants") relied on in opposition to Syntel's summary judgment motion regarding the Data Dictionary because it does not constitute business records under Federal Rule of Evidence 803(6);

      WHEREAS, by Order dated September 30, 2020, Defendants were directed to file either (a) a certification pursuant to Federal Rule of Evidence 803(6)(D) to provide the business record foundation for the admissibility of the two documents if they are to be used for the truth of the matter asserted in the documents, or (b) a letter explaining why such certification is unnecessary;

      WHEREAS, on October 6, 2020, Defendants filed the Declaration of Charles Sanders (Dkt. No. 859). It is hereby

      **ORDERED** that Syntel's motion *in limine* No. 11 as to the admissibility of the "Facets Data Dictionary Guide" and the "Facets 5.01 Physical Package Document" is DENIED. The

2

supplemental declaration adequately provides the business record foundation for the

admissibility of the two documents pursuant to Rule 803(6)(D).

The Clerk of Court is respectfully directed to close Dkt. No. 744.

Dated: October 8, 2020
      New York, New York

                                         **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**