```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SYNTEL STERLING BEST SHORES                                 :
MAURITIUS LIMITED, et al.,                                  :
                                                            :    15 Civ. 211 (LGS)
        Plaintiffs/Counterclaim-Defendants,                 :
                                                            :        ORDER
        -against-                                           :   (Defendants' MIL 6)
                                                            :
THE TRIZETTO GROUP, et al.,                                 :
                                                            :
        Defendants/Counterclaim-Plaintiffs.                 :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

It is **ORDERED** that for the reasons stated at today's telephonic status conference, the motion in *limine* No. 6 filed by Defendants/Counterclaim-Plaintiffs The TriZetto Group, Inc. and Cognizant Technology Solutions Corp. (together, "Defendants") (Dkt. No. 710), and Defendants' application maintaining their objections to the transition rebates evidence (Dkt. No. 890) are DENIED.

The Clerk of Court is respectfully directed to correct the docket entry at Dkt. No. 864, which incorrectly states that the motion in *limine* at Dkt. No. 710 was granted. Instead, the docket entry should read "ORDER (Defendants' MIL 6) regarding 710 Motion in Limine."

Dated: October 16, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**