UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                      :
SYNTEL STERLING BEST SHORES        :
MAURITIUS LIMITED, et al.,              :
                                                                       :       15 Civ. 211 (LGS)
           Plaintiffs/Counterclaim-Defendants,  :
                                                                         :       <u>ORDER</u>
                      -against-                                   :
                                                                         :
THE TRIZETTO GROUP, et al.,            :
                                                                        :
           Defendants/Counterclaim-Plaintiffs.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is **ORDERED** that Plaintiffs/Counterclaim-Defendants Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc.'s (together, "Syntel") evidentiary objections to the following trial exhibits of Defendants/Counterclaim-Plaintiffs The TriZetto Group, Inc. and Cognizant Technology Solutions Corp. (together, "TriZetto") are overruled for substantially the reasons stated by TriZetto: DTX-0256.002; DTX-0258.0009 to .0028; DTX-0275; DTX-0277.  It is further

      **ORDERED** that Syntel's evidentiary objections to the following TriZetto trial exhibits are sustained for substantially the reasons stated by Syntel: DTX-0485; DTX-0490; DTX-0491.  It is further

      **ORDERED** that for the reasons stated at today's telephonic status conference, the following Syntel trial exhibits are admitted: PTX-199-200; PTX 205; PTX 206; PTX 685.  Accordingly, TriZetto's motion in *limine* No. 6 (Dkt. No. 710) and application maintaining the objections to the transition rebates evidence (Dkt. No. 890) are DENIED.  It is further

2

**ORDERED** that by end of **today**, the parties shall meet and confer on the stipulation to moot Syntel's breach of contract claim regarding transition rebates and shall file a jointly proposed stipulation of facts.  The stipulation may reference the date TriZetto agreed to pay and the date of payment.  Assuming TriZetto still wants to proceed, the parties shall submit **today** the proposed stipulation and any disputes about its precise wording, and the Court will rule on them.  If TriZetto does not wish to proceed on these terms, it shall file a letter with the Court immediately so stating.

The Clerk of Court is respectfully directed to correct the docket entry at Dkt. No. 864, which incorrectly states that the motion in *limine* at Dkt. No. 710 was granted.  Instead, the docket entry should read "ORDER (Defendants' MIL 6) regarding 710 Motion in Limine."

Dated: October 16, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE