UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                             :
SYNTEL STERLING BEST SHORES                                  :
MAURITIUS LIMITED, et al.,                                   :
                                                             :    15 Civ. 211 (LGS)
           Plaintiffs/Counterclaim-Defendants,               :
                                                             :          ORDER
           -against-                                         :
                                                             :
THE TRIZETTO GROUP, et al.,                                  :
                                                             :
           Defendants/Counterclaim-Plaintiffs.               :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is **ORDERED** that the following deposition designations are permitted.

| Transcript | PgFrom | LnFrom | PgTo | LnTo |
|---|---|---|---|---|
| Chadha, Ankur 2018-02-20 | 217 | 6 | 217 | 18 |
| Dekhtawala, Vipul 2018-02-13 | 78 | 22 | 79 | 21 |
| Dekhtawala, Vipul 2018-02-13 | 79 | 23 | 81 | 7 |
| Philip, Alex 2018-02-16 | 86 | 12 | 86 | 15 |
| Philip, Alex 2018-02-16 | 86 | 17 | 86 | 17 |
| Sinha, Sandeep 2018-03-05 | 219 | 24 | 221 | 25 |
| Srivastava, Anjulika 2018-02-15 | 100 | 9 | 101 | 6 |

It is further

**ORDERED** that the following deposition designations are excluded.

| Transcript | PgFrom | LnFrom | PgTo | LnTo |
|---|---|---|---|---|
| Chadha, Ankur 2018-02-20 | 301 | 24 | 301 | 25 |
| Chadha, Ankur 2018-02-20 | 302 | 3 | 302 | 16 |
| Srivastava, Anjulika 2018-02-15 | 101 | 11 | 101 | 14 |
| Srivastava, Anjulika 2018-02-15 | 101 | 16 | 101 | 20 |

Dated: October 16, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE