UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SYNTEL STERLING BEST SHORES                                 :
MAURITIUS LIMITED, et al.,                                  :
                                                            :   15 Civ. 211 (LGS)
       Plaintiffs/Counterclaim-Defendants,                  :
                                                            :   ORDER
        -against-                                          :
                                                            :
THE TRIZETTO GROUP, et al.,                                 :
                                                            :
       Defendants/Counterclaim-Plaintiffs.                  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, Defendants/Counterclaim-Plaintiffs The TriZetto Group, Inc. and Cognizant Technology Solutions Corp. (together, "Defendants") and Plaintiffs/Counterclaim-Defendants Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. (together, "Syntel") have agreed to dismiss Syntel's breach of contract claim regarding transition rebates.  It is hereby

       **ORDERED** that Syntel's breach of contract claim regarding transition rebates is DISMISSED with prejudice.

Dated: October 19, 2020
       New York, New York

                                                    LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE