UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNTEL STERLING BEST SHORES MAURITIUS LIMITED, and SYNTEL, INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> THE TRIZETTO GROUP, INC. and COGNIZANT TECHNOLOGY SOLUTIONS CORP., <br><br> Defendants and Counterclaim-Plaintiffs. | 1:15-CV-00211 (LGS) (SDA) <br><br> Hon. Lorna G. Schofield |

## JOINT STIPULATION

Plaintiffs/Counterclaim-Defendants Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. ("Syntel") and Defendants/Counterclaim-Plaintiffs The TriZetto Group, Inc. and Cognizant Technology Solutions Corp. ("TriZetto") (collectively, the "Parties"), by their undersigned counsel, hereby stipulate to the following facts:

(1) The Master Services Agreement between TriZetto and Syntel ("MSA") provided for the payment of certain transition rebates;

(2) Syntel sent a notice of termination of the MSA and requested payment of the rebates due pursuant to the MSA on November 20, 2014;

(3) TriZetto disputed that it was obligated to pay, and on January 12, 2015, Syntel sued TriZetto asserting certain claims including a claim to recover the rebates;

(4) Syntel asked that TriZetto admit to the amount owed, and TriZetto stated that it could not confirm "to the cent" what rebates were owed;

(5) TriZetto continued to dispute for legal reasons that it was obligated to pay the amount sought by Syntel;

(6) As of October 16, 2020, TriZetto agreed to pay $5,183,241, reflecting the amount due for the rebates;

(7) [TriZetto paid that sum, on October __, 2020][1]; and

(8) As a result, Syntel's legal claim for the rebates is no longer in dispute.

Dated: October 16, 2020

| | |
|---|---|
| */s/ Jaren Janghorbani* | */s/ Gianni Cutri* |
| Jaren Janghorbani | Michael W. De Vries |
| Nicholas P. Groombridge | Justin Singh |
| Kripa Raman | Benjamin A. Herbert |
| Crystal Parker | Andrew Morrill |
| Joshua D. Reich | Samuel Blake |
| Cecilia Copperman | Gavin Moler |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | KIRKLAND &ELLIS LLP |
| 1285 Avenue of the Americas | 555 S. Flower Street |
| New York, NY 10019-6064 | Los Angeles, CA 90071 |
| Tel: (212) 373-3000 | Tel: (213) 680-8400 |
| Fax: (212) 757-3990 | Fax: (213) 680-8500 |
| Emails: jjanghorbani@paulweiss.com | Email: michael.devries@kirkland.com |
|   ngroombridge@paulweiss.com |   justin.singh@kirkland.com |
|   kraman@paulweiss.com |   benjamin.herbert@kirkland.com |
|   cparker@paulweiss.com |   drew.morrill@kirkland.com |
|   jreich@paulweiss.com |   gavin.moler@kirkland.com |
|   ccopperman@paulweiss.com | |
| | Adam R. Alper |
| J. Steven Baughman | Kirkland & Ellis LLP |
| Melissa Alpert | 555 California Street |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | San Francisco, CA  94104 |
| 2001 K Street, NW | Tel: (415) 439-1400 |
| Washington, DC 20006-1047 | Fax: (415) 439-1500 |
| Tel: (202) 223-7340 | Email: aalper@kirkland.com |
| Fax: (203) 403-3740 | |
| Emails: sbaughman@paulweiss.com | Gianni Cutri |
|   malpert@paulweiss.com | Adam M. Kaufman |
| | Kyle Kantarek |
| | Jake Rambeau |
| Todd C. Norbitz | KIRKLAND & ELLIS LLP |
| Anne B. Sekel | 300 North LaSalle Street |
| Robert Weisbein | Chicago, IL 60654 |
| Nicole M. Marschean | Tel: (312)-862-3372 |
| Patrick J. Rodriguez | Fax: (312)-862-2200 |
| | Email: gianni.cutri@kirkland.com |

---

[1] The parties will confirm this with the Court as soon as possible.

FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Tel: (212) 682-7474
Fax: (212) 687-2329
Email: tnorbitz@foley.com
      asekel@foley.com
      rweisbein@foley.com
      nmarschean@foley.com
      prodgriguez@foley.com

Norman C. Ankers
FOLEY & LARDNER LLP
500 Woodward Ave., Suite 2700
Detroit, MI 48226-3489
Tel: (313)-234-7100
Fax: (313) 234-2800
Email: nankers@foley.com

*Attorneys for Plaintiffs and Counterclaim-Defendants Syntel Sterling Best Shores Mauritius Limited, and Syntel, Inc.*

adam.kaufman@kirkland.com
kyle.kantarek@kirkland.com
jake.rambeau@kirkland.com

Patricia Carson
Leslie M. Schmidt
Joshua L. Simmons
Ryan Kane
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212)-446-4800
Fax: (212) 446-4900
Email: patricia.carson@kirkland.com
      leslie.schmidt@kirkland.com
      joshua.simmons@kirkland.com
      ryan.kane@kirkland.com

*Attorneys for Defendants and Counterclaim-Plaintiffs The TriZetto Group, Inc. and Cognizant Technology Solutions Corp.*

IT IS SO ORDERED this __17__ day of October

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**