UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                :

SYNTEL STERLING BEST SHORES     :
MAURITIUS LIMITED, et al.,        :
                                :       15 Civ. 211 (LGS)
      Plaintiffs/Counterclaim-Defendants,  :
                                :          ORDER
           -against-            :
                                :
THE TRIZETTO GROUP, et al.,      :
                                :
      Defendants/Counterclaim-Plaintiffs.  :
----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    It is **ORDERED** that for reasons that will be explained at a convenient time at trial:

1.  Plaintiffs/Counterclaim-Defendants Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc.'s application to admit PTX 1530 - 1533, 1535, 1537 - 3539, into evidence or as demonstrative aids (Dkt. No. 918) is DENIED.

2.  Defendants/Counterclaim-Plaintiffs The TriZetto Group, Inc. and Cognizant Technology Solutions Corp.'s application to admit into evidence documents to show that these exhibits and the documents shown at trial were pirated (Dkt. No. 920) is also DENIED.

    Counsel are cautioned that the statements of counsel not adopted by the witness (in this instance Mr. Bergeron during his cross-examination about the Google search) are not evidence and should not be referred to in closing argument.

Dated: October 24, 2020
      New York, New York

                                LORNA G. SCHOFIELD
                             UNITED STATES DISTRICT JUDGE