UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                       :
SYNTEL STERLING BEST SHORES        :
MAURITIUS LIMITED, et al.,              :
                                                       :       15 Civ. 211 (LGS)
        Plaintiffs/Counterclaim-Defendants,  :
                                                       :         <u>ORDER</u>
                -against-                          :
                                                       :
THE TRIZETTO GROUP, et al.,           :
                                                       :
        Defendants/Counterclaim-Plaintiffs.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       It is **ORDERED** that the parties shall file a joint letter by **Friday, October 30, 2020**, proposing a mutually agreeable procedure and schedule for all matters that remain to be tried and adjudicated by the Court, both before and after entry of judgment and, if not all matters are mutually agreed upon, also describing the separate proposals.

Dated: October 28, 2020
       New York, New York

                                                                                           
                                        LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE