UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                       :
SYNTEL STERLING BEST SHORES        :
MAURITIUS LIMITED, et al.,            :
                                      Plaintiffs,   :        15 Civ. 211 (LGS)
                                                       :
                          -against-              :        ORDER
                                                       :
THE TRIZETTO GROUP, et al.,          :
                                     Defendants.  :
                                                       :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a status conference was held on November 2, 2020, to discuss the parties' submission at Dkt. No. 932.  For the reasons stated at the conference, it is hereby

       **ORDERED** that the parties shall file a joint letter by **November 6, 2020**, proposing a revised cross-motion briefing schedule -- contemplating four briefs total and reasonable page limits -- along with a plan for any issues that remain to be tried.  The letter should also inform the Court of any agreement on (i) holding the motions for attorneys' fees in abeyance and (ii) interim measures prior to the adjudication of any motion for permanent injunction.

Dated: November 3, 2020
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE