UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNTEL STERLING BEST SHORES MAURITIUS LIMITED, and SYNTEL, INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> THE TRIZETTO GROUP, INC. and COGNIZANT TECHNOLOGY SOLUTIONS CORP., <br><br> Defendants and Counterclaim-Plaintiffs. | 1:15-CV-00211 (LGS) (SDA) <br><br> Hon. Lorna G. Schofield |

**LISTING OF TRIZETTO'S ALLEGED TRADE SECRETS**

TriZetto contends the following 104 items are trade secrets that Syntel Inc. and Syntel Mauritius misappropriated:

1. Facets
2. DDBLD
3. Upgrade Framework
4. Facets Data Dictionary
5. Accounting User Guide
6. Accumulator Batch Import and Export Subsystem Guide
7. Application Support User Guide
8. Audit Archive Guide
9. Authorization Evaluation Criteria
10. Batch Contention Matrix
11. Billing User Guide
12. Capitation/Risk Allocation User Guide
13. CDH Account Management Guide
14. CDH Adapter Administration Guide
15. CDH Adapter Installation and Upgrade Guide
16. CDH Adapter Reference Guide
17. Claims Processing User Guide
18. Claims Reference User Guide
19. Clinical Editing Procedure Listing
20. Clinical Editing Resource Guide
21. Commission User Guide
22. Conversion Guide
23. Customer Service User Guide

24. Data Dictionary Guide
25. Data Models Guide
26. Database Changes (spreadsheet)
27. Database Maps – prior releases
28. DBA Notes (spreadsheet)
29. Dental Claims User Guide
30. Dental Plan User Guide
31. Disability User Guide
32. EDI 270/271 Subsystem Guide
33. EDI 276/277 Version Subsystem Guide
34. EDI 278 Version Subsystem Guide
35. EDI 820 + 820 HIX Subsystem Guide
36. EDI 834 Inbound Version Subsystem Guide
37. EDI 834 Outbound Version Subsystem Guide
38. EDI 835 Version Subsystem Guide
39. EDI 837 Inbound Version Subsystem Guide
40. EDI 837 Outbound Version Subsystem Guide
41. Electronic Claims Guide
42. Extensibility Guide
43. Facets Accumulator Synchronization Guide
44. Facets CES Adapter Guide
45. Facets Change Package Enhancements
46. Facets ClaimCheck Adapter Guide
47. Facets ClaimsXten Adapter Guide
48. Facets Release Notes

49. Facets TCS Integration Guide

50. Facets TriZetto Elements Guide (formerly Facets TMS Guide)

51. Facets/MACESS Interface Guide

52. Getting Started Guide

53. Guided Benefit Configuration User Guide

54. HIPAA Privacy User Guide

55. Installation Guide

56. Integration Services Library (ISL) Developers Guide

57. Letters Guide

58. Medical Plan Models User Guide

59. Medical Plan Reference User Guide

60. Medical Plan Resource User Guide

61. Medical Provider Agreement & Pricing Profile User Guides

62. Medicare Guide

63. Membership Maintenance Subsystem Guide

64. NetworX Broadcasting

65. NetworX Calculation Bean Training

66. NetworX Calculations and Qualifiers

67. NetworX Pricer System Administration

68. NetworX Qualifier Bean Training

69. NetworX System Administration

70. ORM - Archive

71. ORM - Billing

72. ORM - Capitation

73. ORM - CDH

3

74. ORM - Claims
75. ORM - Directory
76. ORM - Disability
77. ORM - EDI
78. ORM - HIPAA Privacy
79. ORM - Intro
80. ORM - Medicare
81. ORM - Member
82. ORM - Privacy
83. ORM - Provider
84. ORM - System
85. ORM - Tax
86. ORM - TriZetto Medicare Solutions
87. ORM - Utilization Management
88. ORM - Vision
89. Provider Batch Import Subsystem Guide
90. Provider User Guide
91. Reporting Guide
92. Services Guides (ISL)
93. Subscriber ID Conversion Guide
94. Subscriber/Member User Guide
95. System Administration User Guide
96. System Reference Manual
97. TriZetto Upgrade Framework Guide
98. Utilization Management Import Subsystem Guide

99. Utilization Management Processing User Guide

100. Utilization Management Reference User Guide

101. Workflow User Guide

102. Facets Test Cases

103. Facets Automation Scripts

104. Facets Custom Code Impact Tool

Case 1:15-cv-00211-LGS-SDA    Document 935-6    Filed 10/27/20    Page 6 of 8

Dated: October 24, 2020

| | |
|---|---|
| /s/ Jaren Janghorbani | /s/ Gianni Cutri |

Jaren Janghorbani
Nicholas P. Groombridge
Kripa Raman
Crystal Parker
Joshua D. Reich
Cecilia Copperman
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
Fax: (212) 757-3990
Emails: jjanghorbani@paulweiss.com
ngroombridge@paulweiss.com
kraman@paulweiss.com
cparker@paulweiss.com
jreich@paulweiss.com
ccopperman@paulweiss.com

J.Steven Baughman
Melissa Alpert
PAUL, WEISS, RIFKIND, WHARTON
&GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Tel: (202) 223-7340
Fax: (203) 403-3740
Emails: sbaughman@paulweiss.com
malpert@paulweiss.com

Todd C. Norbitz
Anne B. Sekel
Robert Weisbein
Nicole M. Marschean
Patrick J. Rodriguez
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Tel: (212) 682-7474
Fax: (212) 687-2329
Email: tnorbitz@foley.com
asekel@foley.com
rweisbein@foley.com

Michael W. De Vries
Justin Singh
Benjamin A. Herbert
Andrew Morrill
Samuel Blake
Gavin Moler
KIRKLAND & ELLIS LLP
555 S. Flower St.
Los Angeles, CA 90071
Tel: (213) 680-8400
Fax: (213) 680-8500
michael.devries@kirkland.com
justin.singh@kirkland.com
benjamin.herbert@kirkland.com
drew.morrill@kirkland.com
gavin.moler@kirkland.com

Adam R. Alper
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400
Fax: (415) 439-1500
aalper@kirkland.com

Gianni Cutri
Adam M. Kaufmann
Kyle Kantarek
Jake Rambeau
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
gianni.cutri@kirkland.com
adam.kaufmann@kirkland.com
kyle.kantarek@kirkland.com
jake.rambeau@kirkland.com

Patricia Carson
Leslie M. Schmidt
Joshua L. Simmons
Ryan Kane

nmarschean@foley.com
prodgriguez@foley.com

Norman C. Ankers
FOLEY & LARDNER LLP
500 Woodward Ave., Suite 2700
Detroit, MI 48226-3489
Tel: (313)-234-7100
Fax: (313) 234-2800
Email: nankers@foley.com

*Attorneys for Plaintiffs and Counterclaim-Defendants Syntel Sterling Best Shores Mauritius Limited, and Syntel, Inc.*

KIRKLAND & ELLIS LLP
601 Lexington Ave.
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-4900
patricia.carson@kirkland.com
leslie.schmidt@kirkland.com
joshua.simmons@kirkland.com
ryan.kane@kirkland.com

*Attorneys for Defendants and Counterclaim-Plaintiffs The TriZetto Group, Inc. and Cognizant Technology Solutions Corp.*

7