UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SYNTEL STERLING BEST SHORES
MAURITIUS LIMITED, et al.,

       Plaintiffs/Counterclaim-Defendants,

-against-

THE TRIZETTO GROUP, et al.,

       Defendants/Counterclaim-Plaintiffs.
------------------------------------------------------------X

15 Civ. 211 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, per the Order at Dkt. No. 934, the parties filed a letter providing a proposed cross-motion briefing schedule and their respective positions regarding motions for attorneys' fees, interim measures prior to the adjudication of any motion for permanent injunction and outstanding issues that remain to be tried (Dkt. No. 937). It is hereby

**ORDERED** that the parties shall brief their proposed post-trial motions -- which include Syntel's motion for judgment as a matter of law or, in the alternative, a new trial or remittitur, Syntel's proposal that the Court make further findings on its equitable defenses of laches and unclean hands, TriZetto's motions for a permanent injunction and for pre- and post-judgment interest, and TriZetto's unclean hands defense -- according to the following schedule:

- Syntel's Opening Brief:  **Friday, December 4, 2020**
- TriZetto's Opening/Responsive Brief: **Tuesday, January 5, 2021**
- Syntel's Responsive/Reply Brief: **Friday, January 29, 2021**
- TriZetto's Reply Brief: **Tuesday, February 9, 2021**

No party shall exceed seventy-five (75) pages of briefing in total. The parties shall email a courtesy copy of their memoranda of law with hyperlinks to Westlaw for any cited cases and hyperlinks to any cited exhibits and testimony from the record. The parties shall otherwise comply with the Court's Individual Rules, and if in effect, the Emergency Individual Rules and Practices in light of COVID-19. It is further

**ORDERED** that per the parties' agreement, any motion for attorneys' fees will be filed and briefed following entry of a final judgment on appeal. It is further

**ORDERED** that by **November 13, 2020**, the parties shall file a letter providing an update regarding potential agreements for interim measures prior to adjudication of TriZetto's motion for a permanent injunction.

Dated: November 9, 2020
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**