UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNTEL STERLING BEST SHORES MAURITIUS LIMITED and SYNTEL, INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> THE TRIZETTO GROUP, INC. and COGNIZANT TECHNOLOGY SOLUTIONS CORP., <br><br> Defendants and Counterclaim-Plaintiffs. | 1:15-CV-00211 (LGS) (SDA) <br><br> Hon. Lorna G. Schofield |

**NOTICE AND [PROPOSED] ORDER TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that upon the accompanying declaration of Melissa R. Alpert, and subject to the approval of the Court, Melissa R. Alpert hereby withdraws as counsel for Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc, and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. will continue to be presented by Nicholas P. Groombridge, Jaren Janghorbani, J. Steven Baughman, Kripa Raman, Crystal Parker, Joshua D. Reich, and Cecilia Copperman in this proceeding.

Dated: February 3, 2021
New York, New York

SO ORDERED

*[signature]*
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dated: February 2, 2021            Respectfully submitted,

                                          **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:    */s/ Melissa R. Alpert*
        Melissa R. Alpert, *Admitted Pro Hac Vice*
        2001 K Street, NW
        Washington, DC 20006
        Tel: (202) 223-7476
        Fax: (202) 204-7389
        Email: malpert@paulweiss.com

        *Attorney for Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc.*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNTEL STERLING BEST SHORES MAURITIUS LIMITED and SYNTEL, INC., <br><br>Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>THE TRIZETTO GROUP, INC. and COGNIZANT TECHNOLOGY SOLUTIONS CORP., <br><br>Defendants and Counterclaim-Plaintiffs. | 1:15-CV-00211 (LGS) (SDA)<br><br>Hon. Lorna G. Schofield |

## DECLARATION OF MELISSA R. ALPERT

1. I am an associate at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I will no longer be associated with Paul, Weiss, Rifkind, Wharton & Garrison LLP.

2. Nicholas P. Groombridge, Jaren Janghorbani, J. Steven Baughman, Kripa Raman, Crystal Parker, Joshua D. Reich, and Cecilia Copperman of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. in this proceeding.

3. My withdrawal will not delay the matter or prejudice any party.

4. I am not retaining a charging lien.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 2, 2021

By:   <u>*/s/ Melissa R. Alpert*</u>
        Melissa R. Alpert

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 2, 2021, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and upon Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. via e-mail to Carlo Ciccarelli at carlo.ciccarelli@atos.net, and Damien Catoir at damien.catoir@atos.net.

Dated: February 2, 2021

By:    */s/ Melissa R. Alpert*
       Melissa R. Alpert