UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNTEL STERLING BEST SHORES MAURITIUS LIMITED and SYNTEL, INC.,<br><br>Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>THE TRIZETTO GROUP, INC. and COGNIZANT TECHNOLOGY SOLUTIONS CORP.,<br><br>Defendants and Counterclaim-Plaintiffs. | 1:15-CV-00211 (LGS) (SDA)<br><br>Hon. Lorna G. Schofield |

## **NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs/Counterclaim-Defendants Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. (collectively, "Syntel") hereby appeal to the United States Court of Appeals for the Second Circuit from the Final Judgment of the district court (the "Judgment"), entered in this action on May 18, 2021 (D.I. 994); from the district court's Permanent Injunction Order (the "Injunction") entered in this action on May 18, 2021 (D.I. 993); from the district court's April 20, 2021 Opinion and Order (D.I. 977) regarding the parties' post-trial motions; from any and all adverse rulings incorporated in, antecedent to, or ancillary to the Judgment or Injunction; and from any and all adverse interlocutory orders, judgments, decrees, decisions, rulings, and opinions that merged into and became part of the Judgment or Injunction, that shaped the Judgment or Injunction, that are related to the Judgment or Injunction, or upon which the Judgment or Injunction is based.

| | |
|---|---|
| Dated: May 26, 2021<br>New York, New York | Respectfully submitted,<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br><br>By:*/s/ Nicholas Groombridge*<br>    Jaren Janghorbani<br>    Nicholas Groombridge<br>    Kripa Raman<br>    Crystal Parker<br>    Joshua D. Reich<br>    Cecilia Copperman<br>    1285 Avenue of the Americas<br>    New York, NY 10019-6064<br>    Tel: (212) 373-3000<br>    Fax: (212) 757-3990<br>    Emails:  ngroombridge@paulweiss.com<br>                 jjanghorbani@paulweiss.com<br>                 kraman@paulweiss.com<br>                 cparker@paulweiss.com<br>                 jreich@paulweiss.com<br>                 ccopperman@paulweiss.com<br><br>    J. Steven Baughman<br>    2001 K Street, NW<br>    Washington, DC 20006-1047<br>    Tel: (202) 223-7340<br>    Fax: (202) 403-3740<br>    Email: sbaughman@paulweiss.com<br><br>*Attorneys for Plaintiffs and Counterclaim-Defendants Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc.* |