UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNTEL STERLING BEST SHORES MAURITIUS LIMITED and SYNTEL, INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> THE TRIZETTO GROUP, INC. and COGNIZANT TECHNOLOGY SOLUTIONS CORP., <br><br> Defendants and Counterclaim-Plaintiffs. | 1:15-CV-00211 (LGS) (SDA) <br><br> Hon. Lorna G. Schofield |

**DECLARATION OF NICHOLAS GROOMBRIDGE IN SUPPORT OF SYNTEL'S ORDER TO SHOW CAUSE FOR APPROVAL OF SUPERSEDEAS BOND UNDER FEDERAL RULE OF CIVIL PROCEDURE 62(b) AND TO STAY EXECUTION OF JUDGMENT**

I, Nicholas Groombridge, hereby declare:

1.      I am a member of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Plaintiffs/Counterclaim-Defendants Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. ("Syntel").  I submit this declaration in support of Syntel's Order to Show Cause for Approval of Supersedeas Bond Under Federal Rule of Civil Procedure 62(b) and to Stay Execution of Judgment.  I have personal knowledge of the facts stated herein and, if called upon, I could and would competently testify hereto.

2.      To my knowledge, no prior application for this or similar relief has been made in this action.

3.      Syntel moves by order to show cause rather than a Notice of Motion because the timeline on responsive motions that would otherwise apply would place the

2

timing for the Court's ruling on the stay outside of the 30-day automatic stay period established by Federal Rule of Civil Procedure 62(a), and Federal Rule of Civil Procedure 62(b) provides for the requested stay as a matter of right.

4.     Attached as **Exhibit 1** is a true and correct copy of a May 21, 2021 bond obtained for $570,710,384.00.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on May 26, 2021              By:*/s/ Nicholas Groombridge*
New York, New York                        Nicholas Groombridge