UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNTEL STERLING BEST SHORES MAURITIUS LIMITED and SYNTEL, INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> THE TRIZETTO GROUP, INC. and COGNIZANT TECHNOLOGY SOLUTIONS CORP., <br><br> Defendants and Counterclaim-Plaintiffs. | 1:15-CV-00211 (LGS) (SDA) <br><br> Hon. Lorna G. Schofield |

**[PROPOSED] ORDER TO SHOW CAUSE FOR APPROVAL OF SUPERSEDEAS BOND UNDER FEDERAL RULE OF CIVIL PROCEDURE 62(b) AND TO STAY EXECUTION OF JUDGMENT**

Upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Approval of Supersedeas Bond Under Federal Rule of Civil Procedure 62(b) and to Stay Execution of Judgment and Declaration of Nicholas Groombridge in Support of Syntel's Order to Show Cause for Approval of Supersedeas Bond Under Federal Rule of Civil Procedure 62(b) and to Stay Execution of Judgment, it is,

ORDERED that Defendants/Counterclaim-Plaintiffs The TriZetto Group, Inc. and Cognizant Technology Solutions Corp. (collectively, "TriZetto") appear before the Honorable Lorna G. Schofield, United States District Judge for the Southern District of New York ~~at the~~ ~~United State Courthouse, 40 Foley Square, New York, New York, at Courtroom 1106, on~~ ~~June 10 2021, at 10:30 am~~., on written submission, to show cause why an Order should not be issued pursuant to Rule 62(b) of the Federal Rules of Civil Procedure, approving the supersedeas

2

bond and granting a stay of execution of the judgment entered on May 18, 2021 in this matter (D.I. 994).

ORDERED that electronic service and filing of a copy of this order, together with the papers upon which it is granted, upon TriZetto's counsel on or before __4:00 p__.m, __May 28__, 2021, shall be deemed good and sufficient service thereof.

ORDERED that answering papers, if any, shall be served and electronically filed no later than 11:59 p.m., on __June 2__, 2021, and that reply papers, if any, shall be served and electronically filed no later than 11:59 p.m. on __June 4__, 2021.

ORDERED that a temporary stay of execution of judgment is in effect pending the Court's ultimate decision on the instant Order to Show Cause.

Dated: May 27, 2021
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

2