UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNTEL STERLING BEST SHORES MAURITIUS LIMITED and SYNTEL, INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> THE TRIZETTO GROUP, INC. and COGNIZANT TECHNOLOGY SOLUTIONS CORP., <br><br> Defendants and Counterclaim-Plaintiffs. | 1:15-CV-00211 (LGS) (SDA) <br><br> Hon. Lorna G. Schofield |

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2021, I served by electronic mail upon TriZetto Group, Inc.'s and Cognizant Technology Inc.'s counsel of record in this matter, listed below, true and correct copies of the papers filed as D.I. 996, D.I. 997, D.I. 998, D.I. 998-1, and the Court's Order to Show Cause (D.I. 999). The Court ordered service by electronic means.

Email Addresses for Counsel of Record:

- adam.alper@kirkland.com

- adam.kaufmann@kirkland.com

- drew.morrill@kirkland.com

- benjamin.herbert@kirkland.com

- gavin.moler@kirkland.com

- gianni.cutri@kirkland.com

- jake.rambeau@kirkland.com

- joshua.simmons@kirkland.com

- justin.singh@kirkland.com

- kyle.kantarek@kirkland.com

- leslie.schmidt@kirkland.com

- michael.devries@kirkland.com

- patricia.carson@kirkland.com

- ryan.kane@kirkland.com

- samuel.blake@kirkland.com

*/s/ Crystal Lohmann Parker*
Crystal Lohmann Parker