# KIRKLAND & ELLIS LLP
### AND AFFILIATED PARTNERSHIPS

Gianni Cutri, P.C.
To Call Writer Directly:
+1 312 862 3372
gianni.cutri@kirkland.com

300 North LaSalle
Chicago, IL 60654
United States

+1 312 862 2000

www.kirkland.com

Facsimile:
+1 312 862 2200

June 2, 2021

**By ECF**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *Syntel Sterling Best Shores Mauritius Limited, et al. v.*
        *The TriZetto Grp., Inc., et al.*, 1:15-cv-00211-LGS-SDA

Dear Judge Schofield:

I write concerning the Court's May 27 Order To Show Cause (D.I. 999). Syntel did not share its proposed bond or ask TriZetto for its position before filing its motion to stay execution of the judgment. Having reviewed the proposed bond, TriZetto does not oppose approval of the supersedeas bond and does not oppose an order staying execution on the money judgment.

Respectfully submitted,

Gianni Cutri

cc: Counsel of Record (via ECF)

Austin    Bay Area    Beijing    Boston    Dallas    Hong Kong    Houston    London    Los Angeles    Munich    New York    Paris    Shanghai    Washington, D.C.