UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SYNTEL STERLING BEST SHORES
MAURITIUS LIMITED, et al.,
                             Plaintiffs,                   15 Civ. 211

                 -against-                           ORDER

THE TRIZETTO GROUP, INC., et al.,
                             Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 26, 2021, Plaintiffs filed a proposed order to show cause for approval of a proposed supersedeas bond under Federal Rule of Civil Procedure 62(b) and a stay execution of judgment (Dkt. No. 996);

WHEREAS, on May 27, 2021, the order to show cause was issued (Dkt. No. 999);

WHEREAS, on June 2, 2021, Defendant Trizetto filed a letter stating that it does not oppose approval of the supersedeas bond and does not oppose an order staying execution on the money judgment (Dkt. No. 1001). It is hereby

**ORDERED** that Plaintiffs' request for approval of the supersedeas bond and stay of execution of judgment pursuant to Rule 62(b) is **GRANTED**. The supersedeas bond in the form attached to Plaintiffs' declaration at Docket No. 998 is approved. Execution of the judgment entered on May 18, 2021, is stayed.

Dated: June 3, 2021
      New York, New York

                                                       LORNA G. SCHOFIELD
                                                       **UNITED STATES DISTRICT JUDGE**