```
UNITED STATES DISTRICT COURT
 SOUTHERN DISTRICT OF NEW YORK
 ------------------------------------------------------------X
                                                             :
 SYNTEL STERLING BEST SHORES                                 :
 MAURITIUS LIMITED, et al.,                                  :
                                                             :         15 Civ. 211 (LGS)
            Plaintiffs/Counterclaim-Defendants,              :
                                                             :              ORDER
                         -against-                           :
                                                             :
 THE TRIZETTO GROUP., et al.,                                :
                                                             :
            Defendants/Counterclaim-Plaintiffs.              :
 ----------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by letter motion dated May 14, 2021, the parties requested permission to file certain exhibits filed in support of their motions in limine and post-trial briefing in redacted or sealed form (Dkt. 986).

WHEREAS the proposed redactions contain confidential source code and confidential cost, financial and third-party information.  It is hereby

**ORDERED** that parties' proposed redactions are accepted for the reasons explained in the chart below.  Although "[t]he common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute, and courts "must balance competing considerations against" the presumption of access.  *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006) (internal quotation marks omitted); *see also Nixon v. Warner Commc'ns., Inc.*, 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case.").

a. **Syntel's Requests**

| Relevant Filing | Docket Number | Ruling |
|---|---|---|
| Syntel's MIL 1 | Dkt. Nos. 729-1, 729-3 | GRANTED. The document includes information related to Syntel's clients and finances; the proposed redactions are narrowly tailored to protect against competitive harm, which outweighs the presumption of access accorded to filings regarding MILs. |
| Syntel's MILs 5, 8 | Dkt. Nos. 735-13, 738-13 | GRANTED. This document consists of an excerpt of source code, which if unsealed would result in competitive harm. That harm outweighs the presumption of access accorded to filings regarding MILs. |
| Declaration of Adam Kaufmann in Opposition to Syntel's Motion for Judgment as a Matter of Law, a New Trial or Remittitur | Dkt. No. 964-7, 964-8 | GRANTED. The document includes information related to Syntel's clients and finances; the proposed redactions are narrowly tailored to protect against competitive harm to Syntel and its clients, which outweighs the presumption of access accorded to post-trial filings. |

b. **TriZetto's Request**

| Relevant Filing | Docket Number | Ruling |
|---|---|---|
| Syntel's MIL 1 | Dkt. No. 729-1 | GRANTED. The document includes information related to TriZetto's and Cognizant's finances, costs and business relationships; the proposed redactions are narrowly tailored to protect against competitive harm to TriZetto and its customers, which outweighs the presumption of access accorded to filings regarding MILs. |

It is further

**ORDERED** that the parties shall file the documents in redacted form on the public docket by **June 25, 2021**.

Dated: June 11, 2021
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**