UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNTEL STERLING BEST SHORES MAURITIUS LIMITED and SYNTEL, INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> THE TRIZETTO GROUP, INC. and COGNIZANT TECHNOLOGY SOLUTIONS CORP., <br><br> Defendants and Counterclaim-Plaintiffs. | 1:15-CV-00211 (LGS) (SDA) <br><br> Hon. Lorna G. Schofield |

**NOTICE AND [PROPOSED] ORDER TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that upon the accompanying declaration of Cecilia Copperman, and subject to the approval of the Court, Cecilia Copperman hereby withdraws as counsel for Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc., and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. will continue to be presented by Nicholas P. Groombridge, Jaren Janghorbani, J. Steven Baughman, Kripa Raman, Crystal Parker, and Joshua D. Reich in this proceeding.

Application GRANTED. The Clerk of Court is respectfully directed to terminate Cecilia Copperman's receipt of ECF notifications.

Dated: March 25, 2022
New York, New York

*[Signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dated: March 24, 2022                                Respectfully submitted,

                                                           **PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP**

                                                           By:    */s/ Cecilia Copperman*
                                                                         Cecilia Copperman
                                                                         1285 Avenue of the Americas
                                                                         New York, NY 10019-6064
                                                                         Tel: (212) 373-3540
                                                                         Fax: (212) 492-0540
                                                                         Email: ccopperman@paulweiss.com

                                                                         *Attorney for Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc.*

SO ORDERED:

_____

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNTEL STERLING BEST SHORES MAURITIUS LIMITED and SYNTEL, INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> THE TRIZETTO GROUP, INC. and COGNIZANT TECHNOLOGY SOLUTIONS CORP., <br><br> Defendants and Counterclaim-Plaintiffs. | 1:15-CV-00211 (LGS) (SDA) <br><br> Hon. Lorna G. Schofield |

### **DECLARATION OF CECILIA COPPERMAN**

1. I am an associate at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I will no longer be associated with Paul, Weiss, Rifkind, Wharton & Garrison LLP.

2. Nicholas P. Groombridge, Jaren Janghorbani, J. Steven Baughman, Kripa Raman, Crystal Parker, and Joshua D. Reich of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. in this proceeding.

3. My withdrawal will not delay the matter or prejudice any party.

4. I am not retaining a charging lien.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 24, 2022

By:   */s/ Cecilia Copperman*
       Cecilia Copperman

**CERTIFICATE OF SERVICE**

      I hereby certify that, on March 24, 2022, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and upon Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. via e-mail to Carlo Ciccarelli at carlo.ciccarelli@atos.net, and Damien Catoir at damien.catoir@atos.net.

Dated: March 24, 2022

                                                      By:   */s/ Cecilia Copperman*
                                                                     Cecilia Copperman