UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNTEL STERLING BEST SHORES MAURITIUS LIMITED, *et al.*, <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> -against- <br><br> THE TRIZETTO GROUP, INC. and COGNIZANT TECHNOLOGY SOLUTIONS CORP., <br><br> Defendants and Counterclaim-Plaintiffs. | 1:15-CV-00211 (LGS) (SDA) <br><br> Hon. Lorna G. Schofield |

### NOTICE AND [PROPOSED] ORDER TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that upon the accompanying declaration of Gianni Cutri, and subject to the approval of the Court, Benjamin A. Herbert hereby withdraws as counsel for Defendants/Counterclaim-Plaintiffs The TriZetto Group, Inc., n/k/a Cognizant TriZetto Software Group, Inc. and Cognizant Technology Solutions Corp. (collectively, TriZetto), and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. TriZetto will continue to be presented by Adam R. Alper, Gianni L. Cutri, Andrew J. Morrill, Jacob Christian Rambeau, Joshua L. Simmons, Justin Singh, Kyle Kantarek, Leslie Schmidt, Michael W. De Vries, Patricia A. Carson, Ryan P. Kane, and Samuel F. Blake in this proceeding.

Dated: January 3, 2023

/s/ Gianni L. Cutri
Gianni Cutri
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200

Application GRANTED. Pursuant to Local Rule 1.4, remaining counsel for Defendants shall serve a copy of the application to withdraw on their client.

The Clerk of Court is respectfully directed to terminate Benjamin Herbert's receipt of ECF notifications.

Dated: January 3, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

*Attorney for Defendants and Counterclaim-Plaintiffs The TriZetto Group, Inc. and Cognizant Technology Solutions Corp.*

SO ORDERED:

_____