UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SYNTEL STERLING BEST SHORES
MAURITIUS LTD.,
                                  Plaintiff,                    15 Civ. 211 (LGS)

               -against-                              ORDER

THE TRIZETTO GROUP, INC., et al.,
                               Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on May 25, 2023, the U.S. Court of Appeals for the Second Circuit affirmed in part and vacated in part and remanded this Court's April 20, 2021 Order and Opinion and May 18, 2021 Final Judgment in this matter. It is hereby

       **ORDERED** that the parties shall meet and confer. By **July 14, 2023**, the parties shall file a joint letter proposing how to proceed in this matter.

Dated: June 26, 2023
       New York, New York

                                                    LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE