UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNTEL STERLING BEST SHORES MAURITIUS LIMITED, and SYNTEL, INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> THE TRIZETTO GROUP, INC. and COGNIZANT TECHNOLOGY SOLUTIONS CORP., <br><br> Defendants and Counterclaim-Plaintiffs. | 1:15-CV-00211 (LGS) (SDA) <br><br> Hon. Lorna G. Schofield |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Plaintiffs and Counterclaim-Defendants Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. in the above-captioned action.

Dated: New York, New York
January 16, 2025

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:  /s/ Emily Vance
Emily Vance
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000 (telephone)
(212) 757-3990 (facsimile)
evance@paulweiss.com

*Attorneys for Plaintiffs and Counterclaim-Defendants*
*Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc.*