UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNTEL STERLING BEST SHORES MAURITIUS LIMITED, and SYNTEL, INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> THE TRIZETTO GROUP, INC. and COGNIZANT TECHNOLOGY SOLUTIONS CORP., <br><br> Defendants and Counterclaim-Plaintiffs. | 1:15-CV-00211 (LGS) (SDA) <br><br> Hon. Lorna G. Schofield |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Plaintiffs and Counterclaim-Defendants Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. in the above-captioned action.

Dated:  New York, New York
         March 5, 2025

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:   */s/ Tiana Voegelin*
         Tiana Voegelin
         1285 Avenue of the Americas
         New York, NY 10019-6064
         (212) 373-3544 (telephone)
         (212) 492-0544 (facsimile)
         tvoegelin@paulweiss.com
*Attorneys for Plaintiffs and Counterclaim-Defendants
Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc.*