# KIRKLAND & ELLIS LLP

Gianni Cutri, P.C.
To Call Writer Directly:
+1 312 862 3372
gianni.cutri@kirkland.com

333 West Wolf Point Plaza
Chicago, IL 60654
United States

+1 312 862 2000

www.kirkland.com

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Application **GRANTED**. TriZetto's application to extend their time to file the Opposition is extended nunc pro tunc from April 16, 2025, to April 17, 2025.

April 17, 2025

Dated: April 18, 2025
New York, New York

Honorable Lorna G. Schofield
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: 1:15-cv-00211, *Syntel Sterling Best Shores Mauritius Ltd. V. The TriZetto Group, Inc.*, Letter Request for Extension

Dear Judge Schofield:

We represent Defendants/Counterclaim-Plaintiffs Cognizant TriZetto Software Group, Inc. (f/k/a The TriZetto Group, Inc.) and Cognizant Technology Solutions Corp. (collectively, "TriZetto") in the above referenced matter.

We write to request a short extension to the filing deadline for TriZetto's Opposition to Syntel's Motion to Bar Under the Seventh Amendment ("Opposition"), the public version of which is at Dkt. 1228 and the confidential version of which is at Dkt. 1230. Those two documents and all of their accompanying exhibits were finalized yesterday evening in advance of the midnight-Eastern Time filing deadline. The public version of the Opposition was filed shortly before the deadline. However, TriZetto encountered repeated technical issues uploading certain exhibits associated with the confidential version of the Opposition, which delayed the filing of the confidential version of the Opposition. TriZetto was eventually able to resolve those issues and successfully upload the confidential version of the Opposition and the accompanying exhibits to the ECF system at approximately 12:48 AM. TriZetto therefore respectfully requests a one-hour extension to its deadline to accommodate those technical issues. Syntel's counsel consents to this request. TriZetto has previously requested one extension to its Opposition due date, which the Court granted, moving TriZetto's Opposition due date from April 10 to April 16, 2025. Dkt. 1222. The requested extension shall not affect any other scheduled dates.

## KIRKLAND & ELLIS LLP

Honorable Lorna G. Schofield
April 17, 2025
Page 2

                                                   Respectfully Submitted,

                                                 */s/ Gianni Cutri*
                                                 Gianni Cutri
                                                 *Counsel for TriZetto*