UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNTEL STERLING BEST SHORES MAURITIUS LIMITED, and SYNTEL, INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> THE TRIZETTO GROUP, INC. and COGNIZANT TECHNOLOGY SOLUTIONS CORP., <br><br> Defendants and Counterclaim-Plaintiffs. | 1:15-CV-00211 (LGS) (SDA) <br><br> Hon. Lorna G. Schofield <br><br><br> **Motion *in Limine* No. 1** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the Memorandum in Support of Motion *in Limine* No. 1: Motion to Exclude Thomas W. Britven's Theory of Price Erosion, the accompanying Declaration and exhibits thereto, and all prior pleadings and proceedings had herein, Plaintiffs/Counterclaim-Defendants Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. move this Court, before the Honorable Lorna G. Schofield at the United States Courthouse, Courtroom, 40 Foley Square, New York, NY 10007, at a time to be decided by this Court, pursuant to this Court's Amended Scheduling Order (ECF No. 1225), for an Order, pursuant to Federal Rule of Evidence 702 and applicable law, excluding the price erosion damages opinion of Thomas W. Britven, expert for Defendants/Counterclaim-Plaintiffs The TriZetto Group, Inc. and Cognizant Technology Solutions Corporation.

PLEASE TAKE FURTHER NOTICE that unless otherwise directed by this Court, pursuant to this Court's Amended Scheduling Order (ECF No. 1225), all answering papers, if any, shall be filed no later than May 1, 2025.

Dated: April 21, 2025                                    Respectfully submitted,

*/s/ Crystal L. Parker*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Jaren Janghorbani
Gregory F. Laufer
Crystal L. Parker
Emily A. Vance
Tiana Voegelin
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: jjanghorbani@paulweiss.com
Email: glaufer@paulweiss.com
Email: cparker@paulweiss.com
Email: evance@paulweiss.com
Email: tvoegelin@paulweiss.com

*Attorneys for Plaintiffs and Counterclaim-Defendants Syntel Sterling Best Shores Mauritius Limited, and Syntel, Inc.*