UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                          :
SYNTEL STERLING BEST SHORES  :
MAURITIUS LIMITED,                      :
                          Plaintiff,  :        15 Civ. 211 (LGS)
                                          :
              -against-         :          **ORDER**
                                          :
THE TRIZETTO GROUP, INC. et al.,  :
                            Defendants.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, Syntel referenced TriZetto's expert reports in Syntel's motions in limine, but did not provide electronic, text-searchable courtesy copies of the entire documents pursuant to Individual Rule III.B.3. It is hereby

       **ORDERED** that, by **May 15, 2025**, Syntel shall request a link via email to Schofield_NYSDChambers@nysd.uscourts.gov to upload these courtesy copies, and shall do so promptly after receiving the link.

Dated: May 14, 2025
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE