UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
SYNTEL STERLING BEST SHORES                                   :
MAURITIUS LIMITED,                                            :
                              Plaintiff,                      :     15 Civ. 211 (LGS)
                                                              :
              -against-                                       :     **ORDER**
                                                              :
THE TRIZETTO GROUP, INC. et al.,                              :
                              Defendants.                     :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that, as soon as possible, and no later than **May 28, 2025**, TriZetto shall email the Court at Schofield_NYSDChambers@uscourts.gov all demonstrative aids TriZetto used during Thomas W. Britven's direct testimony at the October 2020 jury trial, as well as any summary charts or demonstrative aids concerning damages TriZetto used during summations.

Dated: May 27, 2025
       New York, New York

                                                  _____
                                                  **LORNA G. SCHOFIELD**
                                                  **UNITED STATES DISTRICT JUDGE**