UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
SYNTEL STERLING BEST SHORES
MAURITIUS LIMITED, et al.,
                        Plaintiffs,  :      15 Civ. 211 (LGS)

               -against-  :      **ORDER**

THE TRIZETTO GROUP, INC., et al.,
                        Defendants.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, two Orders dated June 2, 2025, denied in part and granted in part Syntel and TriZetto's motions in limine (the "MIL Orders"). It is hereby

    **ORDERED** that, by **June 5, 2025**, the parties shall jointly file updated preliminary jury instructions reflecting the rulings in the MIL Orders, including cautionary instructions that the jurors must accept and may not revisit the matter of Syntel's liability, which has been determined, and that the jury's role is solely to determine the amount of damages, if any.

Dated:  June 2, 2025
          New York, New York

                                               LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE