**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SYNTEL STERLING BEST SHORES MAURITIUS LIMITED and SYNTEL, INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> THE TRIZETTO GROUP, INC. and COGNIZANT TECHNOLOGY SOLUTIONS CORP., <br><br> Defendants and Counterclaim-Plaintiffs. | 1:15-CV-00211 (LGS) (SDA) <br><br> Hon. Lorna G. Schofield <br><br><br> By **June 6, 2025**, TriZetto shall file a reponse. <br><br> Dated: June 5, 2025 <br> New York, New York <br><br> _/s/ Lorna G. Schofield_ <br> **LORNA G. SCHOFIELD** <br> **UNITED STATES DISTRICT JUDGE** |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the Memorandum in Support of Syntel's Motion for Reconsideration of the Court's Ruling on Syntel's Motion *in Limine* No. 1, the accompanying Declaration and exhibits thereto, and all prior pleadings and proceedings had herein, Plaintiffs/Counterclaim-Defendants Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc., move this Court, before the Honorable Lorna G. Schofield at the United States Courthouse, Courtroom 1106, 40 Foley Square, New York, NY 10007, at a time to be decided by this Court, for an Order excluding testimony as to price erosion or, in the alternative, directing pretrial *voir dire* at a time to be decided by the Court as to the factual predicate of a two-supplier market.

PLEASE TAKE FURTHER NOTICE that pursuant to Individual Rule III.A.3, parties should not submit an opposition to this motion unless directed to do so by the Court.

| | |
|---|---|
| Dated: June 5, 2025 | Respectfully submitted, |
| | */s/ Gregory F. Laufer* |
| | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| | Jaren Janghorbani |
| | Gregory F. Laufer |
| | Crystal L. Parker |
| | Emily A. Vance |
| | Tiana Voegelin |
| | Phoebe H. King |
| | Gretchen Edelman (admission pending) |
| | 1285 Avenue of the Americas |
| | New York, NY 10019-6064 |
| | Telephone: (212) 373-3000 |
| | Facsimile: (212) 757-3990 |
| | Email: jjanghorbani@paulweiss.com |
| | Email: glaufer@paulweiss.com |
| | Email: cparker@paulweiss.com |
| | Email: evance@paulweiss.com |
| | Email: tvoegelin@paulweiss.com |
| | Email: pking@paulweiss.com |
| | Email: gedelman@paulweiss.com |
| | |
| | *Attorneys for Plaintiffs and Counterclaim-Defendants Syntel Sterling Best Shores Mauritius Limited, and Syntel, Inc.* |