UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                        :

THE TRIZETTO GROUP, et al.,         :
                                          :

            Counterclaim Plaintiffs,    :

                                          :                      15 Civ. 211 (LGS)

          -against-              :

                                          :                      <u>ORDER</u>

SYNTEL STERLING BEST SHORES  :
MAURITIUS LIMITED, et al.,     :
                                          :

          Counterclaim Defendants.  :
                                          :
-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on June 22, 2025, the parties provided a revised draft preliminary jury

charge via e-mail that altered the Court's due date for filing simultaneous letter briefs on whether

reasonable royalty damages are available under federal law only when lost profits cannot be

awarded.  It is hereby

      **ORDERED** that the parties shall file simultaneous letter briefs on the issue by **June 25,**

**2025, at 12 P.M.** to accommodate a possible charging conference that day.  A firm date and time

for the charging conference will be determined at a later date.

Dated: June 23, 2025
      New York, New York

                                 LORNA G. SCHOFIELD
                               UNITED STATES DISTRICT JUDGE