3/UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SYNTEL STERLING BEST SHORES :
MAURITIUS LTD., et al., :
                        Plaintiffs, :      15 Civ. 211  (LGS)
:
      -against- :      <u>ORDER</u>
:
THE TRIZETTO GROUP, et al., :
                        Defendants. :
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, by letters dated June 13, 2025, (Dkt. 1524) and June 20, 2025, (Dkt. 1540), as modified by the letter dated June 22, 2025, (Dkt. 1543), the parties identified outstanding disputes concerning certain trial exhibits and demonstrative aids. The rulings below are substantially based on the reasons argued by the prevailing party. It is hereby

      **ORDERED** that Trizetto's demonstrative aids may be used as follows:

DDX-4.20 – allow but redact "in the injunction"

DDX-4.91 – allow

DDX-4-109 – allow

DDX 5.122 – allow but redact "in the injunction"

DDX-6.15 and 6.16 – allow based on TriZetto's representations

DDX-6.71.1 – allow based on Syntel's withdrawal of objection to DTX 3367.

      **ORDERED** that the parties' objections to certain exhibits are resolved as follows:

DTX-89 and 90 – overruled

                                                 LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE

DTX-1244 – sustained in part.  Only the cover page and pages that show what Syntel had done, and not only what it planned to do are admitted.

DTX-3869 and 3870 – overruled

PTX-188 and 189 – sustained in part.  Only the cover page and slides 4 and 5 are admitted

DTX 5 – sustained.

      **ORDERED** that the parties shall promptly advise the Court which disputes concerning written discovery still require rulings.  *See* Dkt. 1489-1.

Dated: June 23, 2025
       New York, New York