UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                              :
SYNTEL STERLING BEST SHORES                   :
MAURITIUS LTD. et al.,                        :
                              Plaintiffs,     :          15 Civ. 211 (LGS)
                                              :
              -against-                       :          ORDER
                                              :
THE TRIZETTO GROUP et al.,                    :
                              Defendants.     :
                                              :
----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        The parties submitted deposition designations to present at trial.  The Court's rulings on

the parties' objections are as reflected on the attached documents.  So Ordered.

Dated:  June 22, 2025
        New York, New York

                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE

# EXHIBIT 2

# Mehta, Manish

## Standard Transcript Report

 **Mehta, Manish**                    **2025-02-10**

TriZetto Designations

Syntel Counter Designations



1      MANISH MEHTA

2      for Syntel and the witness, and

3      Gretchen Edelman, Erica Newman-Corre

4      and Emily Vance are also on the

5      screen.

6      MANISH MEHTA,

7      having been first duly sworn/affirmed by

8      the Notary Public (Linda J. Greenstein)

9      was examined and testified as follows:

10     EXAMINATION BY

11     MR. ALPER:

12   Q.  Good morning, Mr. Mehta.

13   A.  Good morning.

14   **Q.  Could you please state your**

15   **full name.**

16   **A.  Manish Mehta.**

17   **Q.  And where are you currently**

18   **employed?**

19   **A.  I'm employed with Atos Eviden.**

20   **Q.  And what is your title there?**

21   **A.  Industry head.**

22   Q.  You had your deposition taken

23     before; right?

24   A.  Yes.

25   Q.  And you understand the

1      MANISH MEHTA

2      BY MR. ALPER:

3   **Q. Okay.  This is going to be**

4         **Exhibit 3.  Exhibit 3 is an email exchange**

5         **that has the Bates number SYNT67442, and**

6         **this is an email exchange from the 2014**

7         **time frame between various people at**

8         **Syntel, including yourself; correct?**

9   **A. Correct.**

10  Q.  Okay.  And the first email --

11       there are two emails in this exchange.

12       The first one is about halfway down the

13       page.  It's from Sandeep Sinha.

14       Do you see that?

15  A.  Yes.

16  Q.  And it's from September 26,

17       2014.

18  A.  Correct.

19  Q.  And it's to you and Jerry

20       Matthews; right?

21  A.  Correct.

22  Q.  And it's copying Ankur Chadha

23       and Murlidhar Reddy; right?

24  A.  Yes.

25  Q.  And that's Murli Reddy, who we

Syntel Objections:
96:3-96:9
401, 403, W/D, MIL 2, MIL 3, DI
1494, PTC

See Exhibit rulings

1    MANISH MEHTA

2    Q.  Got it.  Did Syntel view

3        TriZetto's product documentation and

4        manuals as valuable to its work in

5        providing TriZetto-related services to

6        customers?

7        MR. LAUFER:  Objection.

8    A.  Again, my personal opinion,

9        like any software platforms, the

10       documentation is an important part of the

11       documentation, but not the only one.

12   **Q.  Okay.  So is it fair to say**

13       **that TriZetto's product documentation and**

14       **manuals are one of several valuable**

15       **components to providing TriZetto-related**

16       **services to customers?**

17   **A.  I would say so.**

18   Q.  Okay.  And what are the other

19       valuable components to providing

20       TriZetto-related services to customers?

21   A.  It can be -- it can be so many.

22       The people themselves, right, with the

23       valuable knowledge they possess,

24       understanding of clients' involvement,

25       political environment within the client,

1       MANISH MEHTA

2       here's my question:  You're not aware of

3       any instance where Syntel has provided

4       Facets-related services where it -- sorry,

5       let me do that again.

**6       You're not aware of any**

**7           instance where Syntel provided**

**8           Facets-related services to a customer**

**9           without using TriZetto's documentation and**

**10          manuals; correct?**

**11   A.  Correct.**

12   Q.  So Mr. Sinha says -- withdrawn.

13       Mr. Sinha says that the

14       immediate plans included building Syntel

15       capabilities using TriZetto's product

16       documentation and manuals.  Did that

17       actually happen?

18   A.  Not to my knowledge.

19   Q.  Okay.  And you understand

20       TriZetto disagrees with you on that.

21       MR. LAUFER:  Objection.

22       BY MR. ALPER:

23   Q.  You and Mr. Laufer talked over

24       each other so I'll just ask it one more

25       time and then we'll let Mr. Laufer do his

```
 1        MANISH MEHTA
 2        objection and you can answer, so... I
 3        don't think anyone was saying you should
 4        change your answer.  It just didn't come
 5        out in the transcript, so here's my
 6        question:  You understand that TriZetto
 7        disagrees with you on the issue of whether
 8        Syntel built its capabilities using
 9        TriZetto's product documentation and
10        manuals; right?
11        MR. LAUFER:  Objection.
12   A.   Yeah, I'm aware.
13   Q.   Okay.  So if we go to the top
14        of this email, it's from -- it's an email
15        from Jerry Matthews back to Mr. Sinha and
16        yourself.  Do you see that?
17   A.   Yes.
18   Q.   This is still Exhibit 3.  All
19        right, and so Mr. -- withdrawn.
20        So Mr. Matthews says:
21        "Sandeep, I like your passion.  What is
22        important is the direction of your
23        thought.  It is still out to go for the
24        kill.  The first kill is next week with
25        UHG."  Do you see that?
```

Syntel Objections:
114:20-115:2
401, 403, W/D, MIL 2, MIL 3,
DI 1494, PTC

See Exhibit rulings

1    **MANISH MEHTA**

2    A. Yes.

3    Q. Okay.  And "UHG" is

4        UnitedHealth Group?

5    A. UnitedHealth Group, yes.

6    Q. And Mr. Matthews, where did he

7        fall in the organization?  Was he senior

8        to Mr. Reddy or did he report to Mr. Reddy

9        or how does he relate?

10   A. I believe he reported to Mr.

11       Reddy.

12   Q. Okay.  And he obviously was in

13       agreement with Mr. Sinha's proposal?

14       MR. LAUFER:  Objection.

15   A. My review -- you know, this is

16       sales talk.  I don't think this has any

17       agreement or disagreement.  It's just

18       passionate individuals doing some sales --

19       sales talk here.

20   Q. And in view of Mr. Sinha's

21       immediate plans to build Syntel

22       capabilities around TriZetto documentation

23       and manuals, it's correct that Mr.

24       Matthews said he liked that and he wanted

25       to go out for the kill; right?

1    MANISH MEHTA

2    MR. LAUFER:  Objection.

3    A.  Adam, I -- I don't know.  I

4        don't think Jerry is specifically

5        pinpointing to one or many lines of

6        Sandeep's email.  Again, it's a person who

7        is coming up with some -- you know, his

8        personal views, and Jerry is kind of just

9        putting his own view on top of it.  So,

10       again, a bunch of sales -- sales talk

11       going on on this -- on this email.

12   Q.  Okay.  And Mr. Matthews says --

13       withdrawn.  **Mr. Matthews says that if the**

14       **first kill is with UnitedHealth Group,**

15       **that will send a very strong signal to the**

16       **market.  Do you see that?**

17   **A.  Yes.**

18   Q.  And what is he saying there?

19       Why would winning the business or killing

20       -- withdrawn.  What is Mr. Matthews, what

21       is your understanding of what Mr. Matthews

22       means when he says, you know, getting a

23       kill?

24       MR. LAUFER:  Are you asking him

25       his understanding then or now?

Syntel Objections:
116:13-116:17
401, 403, W/D, MIL 2, MIL 3, DI
1494, PTC

See Exhibit rulings

1      MANISH MEHTA

2      customers; in other words, bring other

3      customers in because you could go tell

4      them about, you know, how now you're doing

5      business for a really big company like

6      UHG?

7      MR. LAUFER:  Objection.

8   A.  Adam, I was not responsible for

9      any of this work at that time, but UHG is

10     a big customer and working with them is

11     prestigious.

12  Q.  Okay.  And so it's fair to say

13     that winning the business of UHG would

14     help you win other customers' business

15     because you could tout that to them when

16     you're trying to pitch them?

17  A.  I would believe so, yes.

18  Q.  Okay.  You know, I was going to

19     ask you, you mentioned about the knowledge

20     of employees.  Is it fair to say that

21     Syntel's employees working on Facets

22     service gained valuable knowledge about

23     servicing Facets from TriZetto's

24     documentation and manuals?

25     MR. LAUFER:  Objection.

1    MANISH MEHTA

2    MR. LAUFER:  Objection.

3    A.  I don't think so.

4    Q.  Okay.  All right.

5    MR. ALPER:  Let's do Tab 14.

6    (M. Mehta Exhibit 5

7    marked for identification, multi-page

8    document, email thread, top cover

9    email dated 10/1/14, production

10   numbers SYNT00067231 through

11   00067235.)

12   THE WITNESS:  4-0?

13   MR. ALPER:  It's not there yet.

14   It's going to be Tab 14.  This is

15   going to be Exhibit 5.

16   THE WITNESS:  Yep, I have it.

17   BY MR. ALPER:

18   Q.  Okay.  So Exhibit 5 is an email

19       exchange with various Syntel employees in

20       the 2014 time frame, and the first page is

21       SYNT67231 and I would just like to direct

22       you to the first email in the thread.

23       This is going to the second-to-last page.

24   A.  Second-to-last page.

25   Q.  Yes, and it's about a third up

Syntel Objections:
145:18-145:24
401, 403, 602, DI 1494, PTC

See Exhibit rulings

1    MANISH MEHTA

2   A.  Yes.

3   Q.  Who is that?

4   A.  I believe he was our -- again,

5        at this time or not, I'm not sure, but he

6        was our CEO at one point of time.

7   Q.  Okay.

8        MR. LAUFER:  In addition to the

9        other objections I may make, Adam,

10       I'll just make the same standing

11       objection on 30(b)(6) scope here.

12       MR. ALPER:  Okay, that's fine.

13       I mean, I disagree with it but we'll

14       just keep going.

15       BY MR. ALPER:

16   Q.  So if we look at Mr. Mason's

17       email to Mr. Reddy, he says, "Happy to

18       drive.  Please help with the following."

19       And then underneath that Mr. Mason says,

20       "External message to clients," and then

21       there's a number of bullet points.

22       Do you see that?

23   A.  Yes.

24   Q.  And the first bullet point is:

25       "How can we help - I have

Syntel Objections:
148:16-149:12
401, 403, 602, DI 1494,
PTC

See Exhibit rulings

1        MANISH MEHTA

2        captured some key points in the

3        presentation.  Key point is 'Syntel is the

4        only alternative' in a monopolized

5        market."  Do you see that?

6   A.  Yes.

7   Q.  And then the second bullet

8        says:  "What is our differentiation - We

9        are the only company that has these skills

10       outside of TriZetto plus Cognizant."

11       Do you see that?

12  A.  Yes.

13  Q.  Is it correct that when it came

14       to servicing TriZetto-related products,

15       there really were only two alternatives:

16       Cognizant/TriZetto on the one hand and

17       Syntel on the other?

18  A.  Again, this is too far back in

19       time, Adam.  My recollection is that this

20       is more of a sales, you know,

21       encouragement talk.  There were many

22       companies who were providing TriZetto

23       services, is my understanding.  Infosys

24       was one of them.

25  Q.  Okay.  But when it came to

1    MANISH MEHTA

2        TriZetto's products outside of Syntel.

3    Q.   And when it came to servicing

4        Facets, were there any alternatives other

5        than -- withdrawn.

6            When it came to servicing

7        Facets, were there alternatives, real

8        alternatives, you know, serious

9        alternatives, other than Cognizant,

10       TriZetto and Syntel?

11   A.   I -- again, my -- this is dated

12       knowledge that I have, but my

13       understanding is, yeah, there were other

14       companies who did work on Facets, had a

15       good amount of people, talent available on

16       Facets.  The answer is yes, Adam.

17   Q.   So if you look at the last

18       bullet point it says, "What other

19       alternatives - No other alternatives for

20       customers."  Do you see that?

21   A.   Yes, I read that.

22   Q.   And you are saying that is not

23       accurate?

24   A.   My personal view, yes, that is

25       not accurate.

Syntel Objections:
151:17-151:21
401, 403, 602

See Exhibit rulings

1       MANISH MEHTA

2    Q.   Okay.  And the bullet right

3         above it says, "Why Syntel - We have

4         accelerators, toolkits and teams."

5         Do you see that?

6    A.   Yes, I read that.

7    Q.   And this is the external

8         message to clients about why you should go

9         with Syntel; right?

10   A.   Correct.

Syntel Objections:
152:2-152:10
401, 403, 602

See Exhibit rulings

11   Q.   And one of the reasons that you

12        should -- withdrawn.

13        Two of the reasons that you

14        should go with Syntel are the toolkits and

15        accelerators; right?

16   A.   Again, same part here, Adam.  A

17        salesperson expressing, you know,

18        aspirational goals about how they would

19        make a mark in the industry, so this is

20        really generally terms being used here by

21        any salesperson that I've seen.

22   Q.   Isn't it correct that when

23        Syntel actually went to prospective

24        clients and existing clients, it would

25        sell -- it would pitch those clients --

1    MANISH MEHTA

2    MR. LAUFER:  Objection.

3    A.  It's -- I'm referenced in this

4        email where I see the subject line is the

5        "TriZetto Plan."

6    Q.  And the very last thing that

7        Mr. Reddy says here is that "the army is

8        ready"; right?

9    A.  I read that.

10    Q.  So from Mr. Reddy's

11        perspective, you were part of the army to

12        combat TriZetto.

13    MR. LAUFER:  Objection.

14    A.  I wouldn't know how to -- how

15        he would have thought about it, but, yes,

16        I was reporting to him, up to him, so I

17        was part of his organization and he would

18        have assigned me any duties that he deemed

19        fit.

**Withdrawn**

**Withdrawn**

23

25    Q.  And TriZetto at the trial

Syntel Objections:
157:6-157:12
157:14-157:22
157:24-157:24
401, 403, 602, W/D, MIL
2, MIL 3, DI 1494, PTC

See Exhibit rulings

1    MANISH MEHTA

2    contended that Mr. Sinha and Mr. Chadha

3    were two of the people who were

4    responsible for using TriZetto's trade

5    secrets and copyrighted information and

6    putting that into Syntel tools and so

7    forth; right?

8  A.  I'm not aware of that.

9  Q.  Okay.  All right.  Let's go to

10    another document.

11    MR. ALPER:  Let's mark Tab 26.

12    (M. Mehta Exhibit 6

13    marked for identification, multi-page

14    document titled "Presbyterian -

15    Facets 4.71 to 5.01 Technical Upgrade

16    RFP," production numbers

17    SYN_DMGS-00010362 through 00010391.)

18  A.  Okay.



**Withdrawn**

```
 4    A.  I was not involved in this but

 5        it appears -- appears like that.

 6    Q.  Was this RFP response provided

 7        to Presbyterian on November 9, 2012?

 8    A.  I see that date here so likely,

 9        yes.

10    Q.  If we go to -- it's page (i).

11        I'll use the Bates numbers, so sorry, let

12        me start that again.  If you go to the

13        page with the Bates number 10366, it's

14        like two or three pages in.

15    A.
```

**Withdrawn**

```
19    Q.  And if
```

**Withdrawn**

```
20        bullet

21        "Toolk

22        start that again.

23        The last paragraph leading into

24        the bullet points says, "With a

25        distinctive blend of knowledge,
```

1     MANISH MEHTA

2     experience, process and enablement tools,

3     Syntel is uniquely positioned to be your

4     partner of choice for this initiative.  We

5     believe we reflect the right service match

6     by infusing the following key dimensions

7     in our solution."  And then if we go to

8     the second bullet point, it says -- so let

9     me start that again.

**Withdrawn**

17  Q.  And accelerating an upgrade,

18      that's very important when it comes to

19      Facets customers; is that correct?

20  A.  Generally, accelerating

21      anything is good for any client generally.

22      A case-by-case basis, but, yes, our

23      sales --

24  Q.  And Syntel offered a Syntel

25      toolkit to accelerate a customer's Facets

1    MANISH MEHTA

2    upgrade; right?

3  A.  I'm not aware of it, but I see

4    that here in this document.

**Withdrawn**

12  Q.  And then it goes on to say:

13    "Our version X to Y conversion

14    metadata accelerates remediation and makes

15    it procedure driven."  Do you see that?

16  A.  Yes.

17  Q.  And then it says:  "Our

18    built-in test accelerator (Step-UP Test),

19    the core product testing cycle is

20    accelerated with automation of over 500

21    scenarios across enrollment, provider,

22    claims, billing and CWS."

23    Dc

24  A.  Ye

**Withdrawn**



6    Q.  Okay.  And --

7      MR. LAUFER:  Note my objection

8      to this scope issue that we've talked

9      about.

10      MR. ALPER:  Okay.

11      BY MR. ALPER:

12    Q.  And then -- hold on a second.



25    Q.  Okay.  What is "Step-UP Probe"?

1    MANISH MEHTA

# Withdrawn

7    Q.   Okay.  And then if you go down

8         two boxes in that same "Benefit Delivered"

9         column to the very last bullet it says,

10        "Reduction in custom code" -- it talks

11        about -- withdrawn.

12        On the left side it talks about

13        "Customization and Integration

14        Experience," and then on the right side it

15        talks about a "Better ROI on each

16        customization," and then, "Reduction in

17        custom code as new features gets added in

18        the core products."  Do you see that?

19   A.   Yes.

20   Q.   And that's a benefit that

21        Syntel offers its customers, is you say

22        "Hey, we're going to go in there, we're

23        going to reduce the custom code and that's

24        going to allow you to do easier upgrades

25        in the future."  Is that fair?

1      MANISH MEHTA

2      what you described doing.

3   Q. Okay.  So you could use -- at

4      least at some point in time you could use

5      the Data Dictionary for upgrades or also

6      when you're adding functionality to a

7      customer's Facets database?

8   A. I could foresee one using this

9      tool to make their work a little easier.

10      Now, without that can you do it?  Yes, the

11      answer is yes, without this tool you can

12      do it.  The tools just make it a little

13      easier for you to do it.

**Withdrawn**

19   Q. All right.  If you look at page

20      12759, it's probably around PDF page 38?

21   A. 38?

22   Q. I think so.  I have a paper

23      copy so I'm not positive, but I'm guessing

24      that's where it's about.

25   A. 12758.

1    MANISH MEHTA

2    Step-UP Test, but later that was referred

3    to at Syntel as the factory; is that

4    right?

5  A. I'm not aware -- I'm not aware

6    of the name transition.

7  Q. Okay. And you'd agree that the

8    use of test cases and automation scripts

**Withdrawn**

15  Q. What are ICD 10 tools, do you

16    know what that means?

17  A. Again, this is very old -- old

18    knowledge, Adam. Healthcare went to a

19    regulatory mandate. Every healthcare

20    customer who were on ICD 9 were required

21    to migrate templates to ICD 10 because

22    this is a medical course with the

23    government -- federal government mandated

24    to be upgraded.

25  Q. Did the migration of --

1     MANISH MEHTA

2     work and also the less complex work so

3     they just have fewer vendors doing all of

4     this stuff?

5  A.  There are a few scenarios like

6     that. So one example is what you said,

7     have one vendor do more complex than other

8     vendors do. They can be split where they

9     will have one vendor do claims work, the

10     other vendor do membership work, so they

11     split and slice and dice it the way they

12     feel more appropriate, but your example is

13     one of the many splits they can do in a

14     vendor consolidation.

## Withdrawn

21  Q.  Okay. Is it correct that when

22     Syntel is hired by customers who have

23     Facets that Syntel is hired sometimes to

24     do both the complex work and the less

25     complex work?

1        MANISH MEHTA

2    A.   Yeah, depending on the scope of

3        the client, Syntel can do -- potentially

4        do both types of work.

**Withdrawn**

19   Q.   And that was going to be my

20       very next question so I'll ask it.

21       It's typical in the industry,

22       it's typical in the industry for there to

23       be vendor consolidation where the vendors

24       will look to take over the complex and

25       less complex work all under one roof;

1    MANISH MEHTA

2    correct?

3  A.  General statement, yes, but

4      sometimes companies do voluntarily get out

5      of certain piece of work so that's also

6      strategy.  So they will get out of a work

7      where they believe they will not be

8      selected because their knowledge or their

9      experience is not that great.

10      So, yes, but generally the idea

11      is to get the largest volume of the

12      wallet's share, that's a general sales

13      tactic.

14  Q.  In your experience — well

**Withdrawn**

19  Q.  Okay.  If you look at the very

20      last page of Exhibit 9.

21  A.  The last page, scroll all the

22      way down?

23  Q.  Yes, it says "Metadata" at the

24      top.

25  A.  Yes.

1  MANISH MEHTA

2  would have files relating to other

3  customers even though you weren't

4  specifically assigned to that customer?

5 A. It's not uncommon that -- I may

6  be called for a meeting to present certain

7  information, so it's not uncommon to have

8  these files present.

9 Q. Okay.

10  MR. ALPER:  Let's mark Tab 10,

11  please.

12  (M. Mehta Exhibit 10

13  marked for identification, multi-page

14  document titled "Syntel Response For:

15  UnitedHealth Group Facets Upgrade,"

16  production numbers SYNT00073997

17  through 00074079.)

18  THE WITNESS:  Exhibit 10?

19  MR. ALPER:  Yes.

20  BY MR

**Withdrawn**

**Is Exhibit 10**

1        **MANISH MEHTA**

2        **Syntel's response to UnitedHealth's RFP?**

3     A.  **It looks like it, yes.**

4     Q.  **And UnitedHealth was a major**

5        **customer, very big customer; right?**

6     A.  **It was a big customer, yes.**

7     Q.  Okay.  Which is bigger, CDPHP

8        or UnitedHealth?

9     A.  From a company standpoint,

10       United Healthcare is a much larger

11       company.

12    Q.  So if you go to Slide 4.2 --

13       I'm sorry, let me direct you to a page.

14       If you go to page 74010.

15    A.  Do you know the number of the

16       page?

17    Q.  I think it's probably page 9 in

18       the PDF, but I'm not positive because I

19       have a paper copy.

20    A.  What's the Bates number?

21    Q.  74010.

22       MR. LAUFER:  While you're

23       scrolling, I'll just make the same

24       standing objections to scope.

25       MR. ALPER:  Okay.

1      MANISH MEHTA

2   A.   Okay, I'm here.

3   Q.   Okay.  So at the bottom of page

4      74010 is Section 4.2, "Syntel Credentials

5      and Value Adds."  Do you see that?

6   A.   Yes.

7   Q.   And it says:  "We are well

8      positioned to execute on above vision

9      because of the following unique

10      credentials."  Do you see that?

11   A.   Yes.

12   Q.   And there's a heading after

13      that that says "Facets Upgrade Tools and

14      Accelerators."  Right?

15   A.   Correct.

16   Q.   And you'd agree that Syntel's

17      Facets upgrade tools and accelerators are

18      very important unique value adds for

19      Syntel; correct?

20   A.   Again, Adam, I'll state what

21      I've been stating.  They are one of many

22      things that are important for a client.

23   Q.   Okay.  Do you know why in the

24      UHG response the upgrade tools and

25      accelerators are listed first in the --

1      MANISH MEHTA

2      under the section about "Syntel

3      Credentials and Value Adds"?

4   A.  No, I wouldn't know that.  If

5      somebody would have drafted it may have

6      felt that important, but I -- I don't have

7      the knowledge of this.

8   Q.  Okay.  If you were creating an

9      RFP response, would you put the tools and

10     accelerators first?

11     MR. LAUFER:  Objection.

12  A.  Again, this is a point in time,

13     Adam, at that time if I believed that the

14     customer has a specific preference, it all

15     depends on time.  So, sorry, I can't

16     answer that because I was not the author

17     of this.

18  Q.  Okay.  If we look at the table

19     on page 74011, there's a number of

20     different tools and accelerators that are

21     listed.  Do you see that?

22  A.  Yes.

23  Q.  And the second row refers to

24     "Impact Assessment and Remediation."

25     Do you see that?

1        **MANISH MEHTA**

2    A.  **Yes.**

3    Q.  **And the tool that's being**

4        **referred to there is the Step-UP toolkit.**

5        **Do you see that?**

6    A.  **Yes.**

7    Q.  And that's for the automated

8        impact analysis of custom code; is that

9        correct?

10   A.  It doesn't say that here but it

11       can be for that, yes.

12   Q.  Okay.  What other purposes

13       would you use the Step-UP Probe tool for

14       besides identifying the impact of custom

15       code?

16   A.  Adam, I offered my view or

17       detailed view on this topic.  Step-UP

18       Probe is nothing, just a search, find --

19       like you have on our computers.  You know,

20       I think, if my memory serves correctly,

21       this was created for the ICD 9 government

22       project, like a search plus, plus tool.  A

23       search -- anything and everything that you

24       search for.  So, again, it's been -- it's

25       been used here and it's been overly

1    MANISH MEHTA

2    so it's not my personal knowledge --

3    sorry, it's not my personal experience,

4    but personal knowledge says that any tool

5    that you can help -- can help you to some

6    degree.  What that degree is, is it

7    30 percent or less?  I don't know.

8  Q.  Okay.  If we go to the next --

9    and you'd agree here -- withdrawn.

10    Let's go to the next row.  It

11    says "Test Automation," and that refers to

12    500-plus regression test cases; right?

13  A.  Yes.

14  Q.  And then it says that those

15    will be "leveraged for building CSP Facets

16    automation suite."  Do you see that?

17  A.  I see that.

18  Q.  So you're going to leverage the

19    test cases in order to create automation

20    scripts?

21  A.  That's how it reads here.

22  Q.  Okay.  And if we go down two

23    more it says "Rapid Application Reference

24    Tools" and it talks about the Data

25    Dictionary.  Do you see that?

**1     MANISH MEHTA**

**2   A.  Yes.**

3   Q.  Okay.  And you agree that here

4        in this RFP response to UnitedHealth,

5        Syntel is pitching the importance of three

6        items that TriZetto contends were

7        misappropriated from TriZetto:  The

8        Step-UP Probe tool, the test cases and the

9        automation scripts and the Data

10        Dictionary; correct?

11        MR. LAUFER:  Objection.

12   A.  Adam, again, I saw the

13        injunction and similar tools were listed

14        there, so, yes, with my review it appears

15        so.

16   Q.  Okay.  All right.  Let's go to

17        page 74013, please.  It's going to say at

18        the top "Section 5. CSP Facets Inventory:

19        Analysis and Observations."

20        Do you see that?

21   A.  Yes.

22   Q.  And what does "CSP" stand for?

23   A.  I don't know.

24   Q.  Okay.  If you look at the first

25        paragraph it talks about:

1    MANISH MEHTA

2    the key factors to a solution for -- this

3    Syntel solution for its Facets customers?

4  A.  It's appearing as one of the

5    key factors, yes.

6  Q.  And you agree with that?

7  A.  It's listed here, one of the

8    many things which are important for the

9    client, but it's one of the many things

10    listed as key factor.

11  Q.  And we're talking about it, so

12    let me just ask the question more

13    specifically or more -- without the "it,"

14    so here's my question for you:

15    **Do you agree that leveraging**

16    **Syntel's tools to reduce effort, risk and**

17    **add speed to project execution is a key**

18    **factor in Syntel's solution for its Facets**

19    **customers?**

20  **A.  Adam, it's one of the many key**

21    **factors, yes.**

22  Q.  It's one of the four key

23    factors.

24  A.  Again, depending on which

25    section you observe, you know, you will

1    MANISH MEHTA

2    see different views expressed, but it's

3    always one of the key factors.  No company

4    will choose you for the tools alone, Adam.

5    Q.  And you said "many key

6    factors," so how many key factors are

7    there?

8    A.  Relationship, knowledge of

9    people, price.  Price is obviously the key

10   factor in pretty much everything I've come

11   across, right, so that's why, you know, I

12   just wanted to state it that tools --

13   something like this just adds more

14   capability, but not the capability that

15   will help you win our business.

16   Q.  So Syntel's tools for reducing

17   effort, risk and adding speed to project

18   execution, that's one of the key factors

19   for Syntel's solution for Syntel's Facets

20   customers; correct?

21   MR. LAUFER:  Objection.

22   A.  Or

23   ye

# Withdrawn

# Withdrawn

5  Q. So the other okay factors are

6     the people, knowledge, price and

7     relationships?

8  A. Adam, it can be many, right?

9     I'm just giving you examples of some of

10    those key factors.  You know, these are

11    our complex client pursuits.  One or two

12    things does not necessarily take you to

13    the finish line.  So, again, I'm just

14    offering you my personal experience here.

15    What exactly transpired in United

16    Healthcare example, I was not aware.

17 Q. Okay.  Is it correct that by

18    deploying tools that reduce effort and add

19    speed to project execution, that that

20    allows you to offer the project to the

21    customer at a lower price?

22 A. Again, it all depends on a

23    case-by-case basis, Adam.  Not always

24    necessary.  Again, price is the factor

25    that has a combination of how you are

1    MANISH MEHTA

2    A.  Broadly speaking, yes, that's

3        how -- the way it should work.

**4    Q.  Okay.  So deploying tools that**

**5        reduce effort and add speed to the project**

**6        execution would tend to allow you to offer**

**7        the customer a lower price than if you**

**8        didn't have the tools and the project was**

**9        therefore going to require more effort and**

**10       take longer; is that fair?**

**11   A.  That is fair, but, again,**

**12       tools, price is just one dimension of the**

**13       tool's angle, right?  So, yes, it can**

**14       definitely help you optimize your price.**

15   Q.  Okay.  And just so we're

16       100 percent to make this clear because --

17       you said this a few times but I just want

18       to ask it straight up.

19       The price of a project is what

20       you consider to be the most important

21       factor on whether you get the business;

22       fair?

23   A.  A lot of times price is the

24       important factor, yes.

25   Q.  Okay.  And by "bottom factor,"

1    MANISH MEHTA

2    THE VIDEOGRAPHER:  We are back

3    on the record.  The time is 3:59 p.m.

4    BY MR. ALPER:

5    Q.  All right.  Could you, in

6    [Withdrawn]

7

10   A.  Okay.

11   Q.  At the top of the page there is

12       a subheading that refers to "Facets Tools

13       & Accelerators."  Do you see that?

14   A.  Yes.

15   Q.  And we see the Step-UP Probe,

16       the D-2 Data Dictionary and the FACtORY

17       there; right?

18   A.  Yes.

19   Q.  And it's your understanding

20       that the "FACtORY," that's the repository

21       with the Facets test cases and automation

22       scripts; correct?

23   A.  Yes, I read the description

24       below, it appears so.

25   Q.  Okay.  And you don't disagree

1    MANISH MEHTA

2    with that description; right?

3  A.  I don't have firsthand

4    knowledge, but it looks like -- it looks

5    lik

**Withdrawn**

Objections:
278:15
279:4
3, DI 1494, PTC

Overruled

    **The Step-UP Probe and the**

10    **D-2 Data Dictionary and the FACtORY with**

11    **the test cases and automation scripts,**

12    **those are things that TriZetto says were**

13    **stolen from -- were misappropriated from**

14    **TriZetto.**

15  **A.**  **As far as similar listed tools**

16    in the injunction.

17  **Q.**  **Okay.  And it's correct that**

18    **those items were misappropriated from**

19    **TriZetto; right?**

20  **A.**  **Yeah.**

**Withdrawn**

**Withdrawn**

5    Q.  Okay.  And is it correct that

6         -- let's just kind of walk through this a

7         little bit.  The first bullet is "Facets

8         Support Services."  Do you see that?

9    A.  Yes.

**Withdrawn**

22   Q.  Okay.  And did Syntel perform

23        Facets support services to any other

24        Facets customers?

25   A.  I believe we are doing some

1       MANISH MEHTA

2   Q.  Okay.  But do you know in

3       connection with CDPHP?  I guess you don't

4       know because you did get the upgrade work.

5       I'm asking for what would have

6       happened had you not, so... let me ask it

**Withdrawn**

19  Q.  For Blue Shield, Syntel did not

20      do upgrade work but is nonetheless doing

21      Facets support services and other beyond

22      upgrade-type work?

23  A.  Some stuff, some work we are

24      doing that can be termed as Facets support

25      work as a staff up business.

1    MANISH MEHTA

# Withdrawn

7    Q.  Okay.

8        MR. ALPER:  Let's mark Tab 39.

9        (M. Mehta Exhibit 11

10       marked for identification, multi-page

11       document titled "Facets CSP Upgrade"

12       dated October 2014, production

13       numbers SYNT0074081.)

14       MR. ALPER:  Exhibit 11.

15       Exhibit 11 --

16       THE WITNESS:  I don't have it.

17       MR. ALPER:  You don't have it

18       yet.  Sorry.

19       THE WITNESS:  Just got it.

20       MR. ALPER:  Okay.  Exhibit 11

21       is numbered SYNT74081 and it's a UHG

22       proposal presentation from

23       October 2014.

24       BY MR. ALPER:

25   Q.  Do you see that?

1     MANISH MEHTA

2     the best of my knowledge.

3  Q.  Okay.  Do you know which

4     customer that first row relates to or

5     refers to?

6  A.  I wouldn't know at this time.

7  Q.  And -- I'm sorry.  I cut you

8     off.  Just looking here, can you tell any

9     of the -- what any of these refer to?

10  A.  No.  This is so old, and we

11     worked for many, many years with TriZetto,

12     so there's no way for me to even validate

13     or find out, it's so old data.

14  Q.  Yeah, okay.  All right.  Do you

15     ever -- withdrawn.  But it's helpful for

16     you to get new customers by touting your

17     experience with other customers; right?

18  A.  It is always helpful to state

19     experience, learned experience for a given

20     project need, yes.





2      MR. L

5    Q.  Yes.  And that also shows --

6         withdrawn.  When another big company hires

7         Syntel to do its Facets work, it also

8         shows that another well-known company

9         trusts Syntel and believes that Syntel is

10        the right choice to do that type of work;

11        right?

12   A.  Each company has their own

13        decision cycle, but generally, having --

14        showing those experiences, credential

15        helps.

16   Q.  Okay.  Let me ask you, I'm

17        going to show you -- let's look at Tab 51.

18        Let's load Tab 51.

19        (M. Mehta Exhibit 12

20        marked for identification, multi-page

21        document titled "Schedule 2-20167 EAS

22        2016 Portfolio for CDPHP," dated

23        12/7/15, production numbers

24        SYN_DMGS-00004053 through 00004094.)

25        THE WITNESS:  I still don't

**Mehta, Manish**

1    MANISH MEHTA

2    THE WITNESS:  Not up yet for

3    me.  Tab 50?

4    MR. ALPER:  It is 58.

5    THE WITNESS:  58, yep, I have

6    it.

7    BY MR. ALPER:

**8    Q.  Okay.  So Exhibit 15 is a**

**9        native file but it is numbered SYNT143249.**

**10   A.  Yes.**

**11   Q.  And it is a presentation**

**12       entitled "Expanding TZ Footprint."**

**13       Do you see that?**

**14   A.  Yes.**

**15   Q.  And is this a Syntel strategy**

**16       document?**

**17   A.  "A Disruptive Team Augmentation**

**18       Strategy."**

**19   Q.  And you recognize this as a**

**20       Syntel document?**

**21   A.  Yes.**

22   Q.  And if you look at the metadata

23       sheet, which is one of the first pages,

24       you can see you're a custodian of this.

25       Do you see that?

Syntel Objections:
307:8-307:21
401, 403, DI 1494, PTC, DI 1523

See Exhibit rulings

1      MANISH MEHTA

2   A.  First page I don't see that

3       anywhere.

4   Q.  Second page?

5       MR. LAUFER:  It's the last

6       page.

7       MR. ALPER:  Sorry, last page.

8   A.  Yes, I see my name.

9   Q.  And then if you look on the

10      lower left it says "Date-Time Modified,

11      April 6, 2015."  Do you see that?

12  A.  April 6, 2015, yes.

Syntel Objections:
308:9-308:12
401, 403, DI 1494, PTC, DI 1523

See Exhibit rulings

13  Q.  And do you have any reason to

14      doubt that this document is from the

15      April 2015 time frame, this Exhibit 15?

16  A.  I wouldn't remember.

17  Q.  Okay.  And so if we go to -- so

18      generally speaking, this is a competitive

19      -- Exhibit 15 is a competitive strategy

20      document that is talking about competing

21      against TriZetto?

22  A.  I -- I don't know the purpose

23      of this document, Adam, so I'm not able to

24      offer my perspective.

Syntel Objections:
308:25-309:9
401, 403, DI 1494, PTC, DI 1523

25  Q.  Okay.  And let's go to Slide 5.



**1**     MANISH MEHTA

**2**    A. 5?  Okay.

**3**    Q. And it's called "Pricing

**4**       Options."

**5**    A. Yes.

Syntel Objections:
309:6-309:9
401, 403, DI 1494, PTC, DI
1523

See Exhibit rulings

10     MR. LAUFER:  I have the same

11     standing objection to this line of

12     testimony.

13     EX MR ALBER

14   Q. I'

l Objections:
5-310:17
403, DI 1494, PTC, DI
1523

See Exhibit rulings

**17**    Q. Yes.  And in the table,

**18**       Syntel's price is listed at 68,000; is

**19**       that correct?

**20**    A. R

**24**    Q. And TriZetto's price is listed

**25**       at 170,000; right?

1        MANISH MEHTA

2    A.  Correct.

3    Q.  And these are listed as monthly

4        charges?

5    A.  Per month, yes.

6    Q.  Okay.  And so Syntel's price is

7        less than half TriZetto's price; correct?

8    A.  Yes.

9    Q.  And so Syntel is offering

10       services for a significantly cheaper price

11       than TriZetto; correct?

12   A.  That's what this slide says

13       here.

14   Q.  Okay.  And Syntel is

15       strategically positioning itself as a

16       cheaper alternative to TriZetto or

17       Cognizant; correct?

18       MR. LAUFER:  Objection.

19   A.  That's what this strategy says.

20       I don't recollect this ever being put into

21       motion, but the slide and the strategy is

22       -- is that, cheaper option.

23   Q.  And are you aware -- you kind

24       of answered this already but I'll ask it.

25       Are you aware of a strategy at

Syntel Objections:
310:19-310:22
401, 403, DI 1494, PTC,
DI 1523

Sustained as to 310:14-22

1      MANISH MEHTA

2           Syntel to position itself as a cheaper

3           alternative to Cognizant and TriZetto?

4    A.  Not that I'm aware of.

5    Q.  Okay.  And this talks about a

6           POD, P-O-D.  What's a POD?

7    A.  Again, this is a long time ago,

8           you know, from -- if my memory serves

9           correctly, we say that we can create

10          themes of people who have got the most

11          common skills that the customers can buy

12          rather than having to go to different

13          companies to service their need.  So it's

14          a self-contained unit of people.

15   **Q.  Okay.  Did Syntel believe that**

16        **in order to compete with TriZetto it would**

17        **need to have lower prices than TriZetto?**

18   **A.  Adam, that's a general**

19        **expectation in our industry.  Price does**

20        **play an important role, not just for**

21        **TriZetto, but any other work, so having a**

22        **price advantage is something that**

23        **everybody tries to do.**

24   Q.  Okay.  And is it in your

25        experience -- withdrawn.  In your

Syntel Objections:
311:15-311:23
401, 403, DI 1494, PTC, DI 1523

Overruled

1    MANISH MEHTA

2    I know that TriZetto's prices

3    were higher when I was managing TriZetto

4    just because I was in the environment, we

5    used to do joint sales presentations so I

6    got -- we jointly, you know, priced a lot

7    of these deals, but after that I have no

8    idea to make that determination.

9  Q.  Okay.  There's four points at

10    the bottom of this slide on Slide 5, and

11    the third point --

12  A.  Yeah.

13  Q.  I'm sorry, I talked over you.

14    The third point -- I'm sorry.

15    **You see the four points at the bottom half**

16    **of Slide 5, and the third point say**

17

18

20  A.  **Yes.**

21  Q.  **All right.  Thank you.**

22    **What does that refer to?**

23  A.  **Same thing that we have been**

24    **saying.  In our industry pricing is**

25    **important.  Offering attractive**



Withdrawn

See Exhibit rulings

**1      MANISH MEHTA**

**2      price-point as a strategy can lead to**

**3      longer-term engagements.**

4    Q. Offering an attractive --

5        withdrawn.  Offering a lower price will

6        help Syntel get it's foot in the door that

7        could then lead to long-term engagements.

8        Is that what this is saying?

9    A. Adam, at this time, getting the

10        foot in the door was obviously important,

11        but taking care of the people who were

12        getting dislodged was more important.  So

13        by lowering the prices, if that helps to

14        find projects for them, that was probably

15        one of the sales attempt was being made

16        here.

17    Q. Okay.  But if you lower prices

18        that will increase the chances you get the

19        business and then you can keep the

20        business for a longer term.  Is that what

21        is going on here?

22        MR. LAUFER:  Objection.

23    A. That's a general statement

24        across the board, Adam.  It's just not

25        here.  It's applicable everywhere.  But

1       MANISH MEHTA

2       here I think, you know, if I remember,

3       this is the time when we had hundreds of

4       people coming on bench.  We had to find

5       them continued projects.  And if one of

6       the aspect was to lower the price and have

7       them find the project, this is probably a

8       sales attempt to -- to get that

9       accomplished.

10   Q.  Okay.

**Withdrawn**

18   Q.  You've talked a bit about

19       Syntel's need in the -- was it 2015.

20       When was the Cognizant purchase

21       of TriZetto, 2015?

22   A.  End of 2014 is -- if I remember

23       correctly, yeah.

24   Q.  Okay.  So you've talked a bit

25       about the need for Syntel to find work for

1    MANISH MEHTA

2    copyrights; right?

3    MR. LAUFER:  Objection.

4  A.  Adam, I respect the jury

5    verdict and the injunction that came up, I

6    respect that decision from the jury.

7  Q.  And it's your understanding

8    that that's what happened; right?

9    MR. LAUFER:  Objection.

10  A.  To the best of my knowledge,

11    when I read it, that's what I took it from

12    that.

13  **Q.  Okay.  And you'd agree that**

14  **Syntel should not be allowed to**          Syntel Objections:
                                                320:13-320:17
15  **misappropriate TriZetto's trade secrets**  320:19-320:19
                                                401, 403, DI 1494, PTC, DI
16  **and infringe TriZetto's copyrights for**   1523, LC

17  **free; right?**                             Sustained

18    MR. LAUFER:  Objection.

19  **A.  I don't know about that, Adam.**

20  Q.  Okay.  But just as a person --

21    withdrawn.  **You've been around technology**   Syntel Objections:
                                                    320:21-321:4
22    **for decades; right?  Can you say again?**     401, 403, MIL 9, DI 1494,
                                                    PTC, DI 1523, LC
23  **A.  Yes.**

24  **Q.  And you understand that there**          Overruled

25    **is -- there can be a lot of value**

```
 1        MANISH MEHTA
 2        associated with the development of
 3        technologies; right?
 4   A.   Correct.
 5   Q.   And people can protect --
 6        withdrawn.  Companies can protect their
 7        technologies by keeping them as trade
 8        secrets or getting copyrights on them;
 9        correct?
10   A.   Correct.
11   Q.   Okay.  And you'd agree that the
12        development of intellectual property, like
13        trade secrets and copyrights, is
14        critically important to economies all over
15        the world; right?
16        MR. LAUFER:  Objection.
17   A.   To my understanding, yes.
18   Q.   Okay.  And you'd agree just as
19        a person who's been in the technological
20        field for decades that Syntel should pay
21        for misappropriating TriZetto's trade
22        secrets and infringing TriZetto's
23        copyrights; correct?
24        MR. LAUFER:  Objection.
25   A.   I don't know about that, Adam.
```

Syntel Objections:
321:6-321:15
401, 403, DI 1494, PTC, DI
1523, LC

Overruled as to 321:6-17

Syntel Objections:
321:17-321:23
401, 403, DI 1494, PTC, DI 1523,
LC

Sustained as to 321:18-25

Syntel Objections:
321:25-321:25
401, 403, DI 1494, PTC,
DI 1523, LC    Sustained 321:25

1       MANISH MEHTA

2   Q.  And you agree that Syntel

3       should do something -- withdrawn.

**4       You'd agree that Atos and**

**5       Syntel should do something to remediate**

**6       for its trade secret misappropriation and**

**7       copyright infringement; correct?**

Syntel Objections:
322:4-322:7
401, 403, DI 1494, PTC,
DI 1523, LC
Sustained 322:4-9

8       MR. LAUFER:  Objection.

**9   A.  I don't know about that, Adam.**

**10  Q.  And is there any set of**

**11      circumstances where you can think of where**

**12      it would be fair for a company that has**

**13      misappropriated another company's trade**

**14      secrets and infringed another company's**

**15      copyrights where it just gets off for**

**16      free?**

**17  A.  I don't know.**

Syntel Objections:
322:9-322:17
401, 403, DI 1494, PTC,
DI 1523, LC
Sustained 322:10-17

18  Q.  You can't think of any?

19  A.  Again, I'm not a lawyer, Adam,

20      so I don't...

21  Q.  Okay.  And if Syntel or Atos's

22      trade secrets or intellectual property was

23      improperly taken from it, you'd want to --

24      you'd want Syntel to be compensated for

25      that; right?

1    MANISH MEHTA

2    trade secret misappropriation or copyright

3    infringement in this matter; correct?

4    A.  I don't remember doing that.

5    Q.  Okay.  Final question.





8    Q.  And what Mr. Chadha is doing is

9        he's asking -- withdrawn.

**Mehta, Manish**

**Withdrawn**

**Withdrawn**

6    MR. LAUFER:  Ob

9    Q. And the purpose -- withdrawn.

10      Ms. Muthuraman is asking Mr.

11      Chadha to get manuals from some other

12      customer -- TriZetto manuals from some

13      other customer work that Syntel was doing

14      and give them to the team that was working

15      on UnitedHealth; is that correct?

16      MR. LAUFER:  Objection.

17   A. It doesn't appear like that to

18      me, Adam.  Again, I don't have the

19      specifics, but it doesn't appear like that

20      to me by reading this email.

21   Q. Okay.  And Mr. Chadha here

22      writes "T$Z" instead of "TZ" to refer to

23      TriZetto so that if this email was ever

24      searched for "TriZetto" or "TZ," that

25      wouldn't -- this email wouldn't come up;

# EXHIBIT 4

# Moore, Daniel

## Standard Transcript Report



| | | |
|---|---|---|
| Moore, Daniel | 2018-02-16 |
| Moore, Daniel | 2018-05-25 |

TriZetto Designations



1        ATTORNEYS' EYES ONLY - DANIEL M. MOORE

2        EXAMINATION

3        BY MR. CUTRI:

4    Q.  Good afternoon, Mr. Moore. How are

5        you?

6    A.  Fine.

7    **Q.  Would you please state your full name**

8    **for the record.**

9    **A.  Daniel Michael Moore.**

10   Q.  And because your name's a little bit

11       common, do you mind telling us your home address

12       just so we can separate you from any other Dan

13       Moore that might be out in the world?

14       MR. ANKERS: If you do mind, I would

15       make this commitment to you: If we ever

16       lose control over him, we'll give you his

17       address.

18   **Q.  All right. How about this. Why**

19   **don't you tell me where you work.**

20   **A.  I work at Syntel.**

21   Q.  Have you ever been deposed before?

22   A.  Yes.

23   Q.  How many times?

24   A.  To my recollection, once.

25   Q.  And in what context was that

1         ATTORNEYS' EYES ONLY - DANIEL M. MOORE

2    Q.  So you didn't speak with Mr. Mrkonic,

3         correct?

4    A.  That is correct. I answered no, I

5         did not speak to anybody else.

6    Q.  I'm not trying to make this

7         difficult. Sometimes it's just good to have

8         clarification on certain issues, and that's why

9         I'm asking those questions.

10        And did you meet with anyone? You

11        said you spoke to Mr. Ankers. That was by

12        phone?

13   A.  It was in person.

14   Q.  Was anyone else present?

15   A.  No.

16   Q.  Who do you work for?

17   A.  I've already answered that; Syntel.

18   Q.  Is that Syntel, Inc.?

19   A.  Syntel, Inc.

20   **Q.  And what's your role at Syntel?**

21   **A.  I'm the general counsel and corporate**

22   **secretary.**

23   Q.  And what are your responsibilities in

24        that role?

25   A.  To provide legal advice.

1       ATTORNEYS' EYES ONLY - DANIEL MOORE

2   A.  Because Syntel offered services

3       regarding Facets prior to the termination.

4   Q.  **Okay. When did Syntel begin offering**

5       **services with tools regarding Facets?**

6       MR. ANKERS: Objection.

7   A.  **Based on my investigation and**

8       **preparation, I believe it would be in or around**

9       **2012.**

10  Q.  **And Syntel continues to offer**

11      **services with tools regarding Facets today. Is**

12      **that fair?**

13      MR. ANKERS: Objection.

14  A.  **To try to be specific, Syntel does**

15      **offer services regarding Facets and uses tools**

16      **in providing those services.**

17  Q.  Okay. Yeah, I'm just -- I used the

18      exact words you used to try to avoid having to,

19      you know, get into some problems. So let me see

20      if I can use that new formulation to move on.

21      So you agree that Syntel provides

22      services regarding Facets, right?

23  A.  Yes.

24  Q.  And it provides those services to

25      customers who use the Facets program.

Syntel Objections:
60:7-60:12
60:14-60:16
401, 403

Overruled

1    ATTORNEYS' EYES ONLY - DANIEL MOORE

2        MR. ANKERS: Objection.

3    Q.  Is that fair?

4    A.  I believe that to be accurate.

5    Q.  Okay. And the -- some of those

6        services at least use certain tools. Is that

7        fair?

8        MR. ANKERS: Objection.

9    A.  Yes.

10   Q.  Okay. Syntel began providing

11       Facets-related services to customers in

12       approximately 2012? Is that correct?

13   A.  I believe that to be accurate.

14   Q.  And Syntel continues to provide

15       Facets-related services to customers today?

16       MR. ANKERS: Objection.

17   Q.  Is that right?

18   A.  Yes.

19   Q.  And it continues to use tools in

20       connection with providing those Facets-related

21       services today. Is that fair?

22   A.  Yes.

23   Q.  And Syntel has provided

24       Facets-related services to customers

25       continuously between 2012 and 2018. Is that

Syntel Objections:
61:10-61:15
61:17-61:22
401, 403

Overruled

1    ATTORNEYS' EYES ONLY - DANIEL MOORE

2        using TriZetto's Facets-related services. Is

3        that fair?

4    A.  It is fair to state that those

5        clients probably have the option of using either

6        TriZetto to provide those services or Syntel or

7        another third party.

8    Q.  **Okay. The tools that Syntel uses in**

9        **providing Facets-related services to clients**

10       **include a tool called Step-Up Probe. Is that**

11       **right?**

12       MR. ANKERS: Objection.

13   A.  **I recall seeing the name of that**

14       **tool, yes.**

15   Q.  Okay. And they also include Factory.

16       Is that right?

17   A.  I don't believe that's a tool.

18   Q.  They include Key Word Generator?

19       MR. ANKERS: Objection.

20   A.  In my investigation, I did come

21       across the Key Word Generator.

22   Q.  Did you say you did?

23   A.  I did, I did.

24   Q.  **And they also include the D2 Data**

25       **Generator. Is that right?**

**Moore, Daniel**

1      ATTORNEYS' EYES ONLY - DANIEL MOORE

2    A.  I recall seeing that listed as a

3        tool.

4    Q.  And --

5    A.  I do not know what that is.

6    Q.  Okay. I'm sorry, I didn't mean to

7        interrupt you.

8        F-Connect is another tool that Syntel

9        uses in connection with providing Facets-related

10       services? Is that right?

11   A.  In my investigation and preparation,

12       I did see F-Connect listed as a tool, although I

13       do not know what it does.

14   Q.  And Data Mocker is another tool that

15       Syntel uses in connection with providing

16       Facets-related services to customers?

17   A.  Same answer as with F-Connect.

18   Q.  That you're familiar with it, but

19       you're not familiar with the detailed workings

20       of it?

21   A.  That's correct.

22   Q.  Now, isn't it true that at a high --

23       strike that. Let me start over.

24       Isn't it true that Syntel used

25       confidential TriZetto information in connection

1      ATTORNEYS' EYES ONLY - DANIEL MOORE

2   A.  Based on my investigation and

3       conversation, that is Syntel's position, that is

4       correct.

5   Q.  And you said a moment ago that my

6       client never complained in 2014 about Syntel

7       using confidential TriZetto information to

8       develop competing services, right?

9   A.  In my investigation and

10      conversations, no one has informed me that

11      TriZetto complained in 2014 about Syntel using

12      TriZetto confidential information to develop

13      competing products.

14  Q.  Now, of course in 2014, my client

15      didn't have the confidential discovery that

16      Syntel has provided in this lawsuit, fair?

17  A.  That's fair.

18  Q.  And in -- and my client didn't have

19      the results of the forensic examination by the

20      forensic examiner that located my client's

21      confidential information in Syntel's possession,

22      right?

23  A.  That is correct.

24  Q.  It took this lawsuit to reveal that

**25      your company had kept my client's confidential**

Syntel Objections:
83:25-84:7
401, 403, DI 1494, PTC

Overruled

1    ATTORNEYS' EYES ONLY - DANIEL MOORE

2       **information after the contract was terminated,**

3       **right?**

4    A.  **Without acknowledging that it is**

5       **confidential information, after this lawsuit was**

6       **filed, Syntel did discover TriZetto documents on**

7       **its system.**

8    Q.  And, in fact, it wasn't Syntel only

9       that discovered that. It took a neutral

10      forensic examiner appointed by the Court to

11      figure that out, right?

12   A.  No, that's incorrect. Syntel

13      determined it itself prior to the appointment of

14      the forensic examiner.

15   Q.  Okay. Initially in providing

16      discovery in this case, Syntel claimed it didn't

17      have my client's confidential information. Is

18      that right?

19   A.  I believe that to be true.

20   Q.  Then just before the forensic

21      examiner was going to issue the report of the

22      forensic examination, your client changed its

23      story, right?

24   A.  I don't believe that to be accurate.

25   Q.  Before the forensic examiner issued

1    ATTORNEYS' EYES ONLY - DANIEL MOORE

2    that your company didn't use my client's

3    confidential information in connection with

4    developing competing services?

5   A.  No.

6   Q.  Okay. Have you heard of test cases

7        before?

8   A.  Yes.

9   **Q.  Okay. Your company kept TriZetto**

10       **test cases after terminating the relationship**

11       **with TriZetto, right?**

12       MR. ANKERS: Objection.

13   **A.  I understand that some historical**

14       **test cases or test scenarios were discovered on**

15       **the laptop of Ankur Chadha in a file named**

16       **Priyanka Jain.**

17  Q.  And those are files from my client,

18       TriZetto, right?

19  A.  I don't know that to be a fact.

20  Q.  Are those files confidential TriZetto

21       information under the master services agreement?

22  A.  I don't know the answer to that

23       question.

24  Q.  If they are, do you agree that your

25       company's possession of those files is a breach

Syntel Objections:
104:9-104:11
104:13-104:16
401, 403, DI 1494, PTC

Overruled

# EXHIBIT 5

# Reddy, Murlidhar

## Standard Transcript Report

 **Reddy, Murlidhar**        **2018-03-21**

**Reddy, Murlidhar**        **2018-03-22**

TriZetto Designations

Syntel Counter Designations



**ID: V10**

1       MURLIDHAR REDDY SAMALA,

2       called as a witness, having been first duly sworn,

3       was examined and testified as follows:

4       EXAMINATION

5       BY MR. CUTRI:

6   Q.  Good morning, Mr. Reddy.

7   A.  Good morning.

8   Q.  Am I pronouncing that right -- Reddy?

9   A.  Yeah.

10  Q.  Okay. Mr. Reddy, would you please

11      provide your full name for the record?

12  A.  Murlidhar Reddy Samala.

13  Q.  And can you spell that?

14  A.  M-U-R-L-I-D-H-A-R; Reddy, R-E-D-D-Y;

15      S-A-M-A-L-A.

16  Q.  Have you ever been deposed before,

17      Mr. Reddy?

18  A.  No.

19  Q.  So you understand that you're here under

20      oath; correct?

21  A.  Yes.

22  Q.  And I'm going to be asking questions

23      today. And if you don't hear or understand the

24      question, will you do your best to let me know?

1    so was that on Monday and Tuesday? Or just

2    yesterday?

3    A.  I spent a few hours on Sunday too.

4    Q.  Okay.

5    A.  Monday and Tu                **Withdrawn**

6    Q.  ██████████████

7        **where do you work?**

8    A.  **I work for Syntel.**

9    Q.  Okay. Do you know which Syntel entity

10       you work for?

11   A.  Syntel Private Limited.

12       (Court reporter clarification.)

13   A.  Syntel Private Limited.

14   Q.  (By Mr. Cutri) So you work for Syntel

15       Private Limited. Do you know the name of the

16       entities that filed this lawsuit?

17   A.  I don't recall all entities, but I think

18       it was Best Shores Mauritius, probably --

19       (Court reporter clarification.)

20   A.  It was Best -- Syntel Best Shores

21       Mauritius and probably all its affiliates too, or

22       some of the affiliates.

23   Q.  Do you know if Syntel, Inc., is a

24       plaintiff in this case?

1    Q. And what is Syntel Private Limited's

2        business?

3    A. It's an IT services company. We also

4        provide computer services.

5    Q. Okay. And what does KPO stand for?

6    A. Knowledge processing outsourcing.

7    **Q. And what is your title at Syntel Private**

8    **Limited?**

9    **A. It's SVP and BU head, healthcare.**

10   Q. And what does SVP stand for?

11   A. Se

## Withdrawn

14   Q. Okay. I understand that there are a

15       number of verticals at Syntel; is that correct?

16   A. Yes.

17   Q. How many verticals are there at Syntel,

18       approximately?

19   A. Six.

20   Q. And is healthcare one of those verticals?

21   A. Yes.

22   Q. Is a -- is the business unit the same

23       thing as a vertical?

24   A. It's o. en used interchangeably.

1        (Court reporter clarification.)

2    A.  The delivery director

**Withdrawn**

7    Q.  And you were in the delivery director --

8        so you were delivery director in automotive and you

9        went straight to the -- your current role in

10       healthcare?

11   A.  No.

12   Q.  Okay.

13   A.  There was an intermediate role.

14   Q.  Okay.

15   A.  I was the operations head for the

16       healthcare and life sciences.

17   Q.  How long were you operations head for

18       healthcare and life sciences?

19   A.  Probably between 2006 to 2011.

20   Q.  Oh, I see. So you were -- is it correct

21       to say that you were in the healthcare business

22       unit -- you worked in the healthcare business unit

23       from 2006 forward?

24   A.  Yes.

1        Sinha's name?

2    A.  N-E-E-R-A-J, S-I-N-H-A.

3    Q.  Got it. Okay.

4    A.  Rajeev Dsai.

5    Q.  Is that -- can you spell that as well?

6    A.  R-A-J-E-E-V, D-S-A-I.

7    Q.  Okay.

8    A.  Shinju, S-H-I-N-J-U, Damodaran,

9        D-A-M-O-D-A-R-A-N. Manish Borhade, M-A-N-I-S-H,

10       B-O-R-H-A-D-E.

11       (Court reporter clarification.)

12   A.  Yes.

13   Q.  (By Mr. Cutri) And then how many people

14       are there in the healthcare vertical?

15   A.  I don't have an exact number. Probably

16       around 2,400 people.





12  Q.  And what are hosting-related services?

13  A.  TriZetto has a host -- hosting

14       infrastructure available for their customers. We

15       provide services on that infrastructure.

16  Q.  And when you say hosting, what do you

17       mean? Do you mean hosting software or?

18  A.  They had both hardware and software

19       hosted for their clients.

20  Q.  And you said that began in roughly 2007,

21       to the best

22  A.  Yes.

# Withdrawn

 5   Q.  So when you say it went from a

 6       multisourcing environment, what do you mean? Do you

 7       mean that TriZetto had multiple providers of the

 8       outsourcing services and then...

 9       So let me ask that question. When you

10       say multisource environment, do you mean that

11       TriZetto originally had multiple providers of

12       outsourcing services?

13   A.  They had an option to it. I don't know

14       how many they had.

15   Q.  And then you said it changed to a build,

16       operate, and transfer model. What does that mean?

17   A.  So the relationship included the

18       possibility of buying out the entity in defined

19       periods of time. So you build, you operate, and

20       then transfer based on purchase option that was

21       available.

22   Q.  So when you say build, operate, and

23       transfer the entity, what do you mean?

24   A.  Can you explain the question?

1   Q.  (By Mr. Cutri) Okay. During the

2       relationship between Syntel and TriZetto, did Syntel

3       have access to any of TriZetto's confidential

4       information?

5   A.  I think so.



15   Q.  What advantage did having TriZetto's

16      confidential information give to Syntel with respect

17      to executing work --

18      MR. NORBITZ: Objection.

19   Q.  (By Mr. Cutri) -- for TriZetto?

20      MR. NORBITZ: Objection.

21   A.  I didn't understand your question.

22   Q.  (By Mr. Cutri) Why -- why was it useful

23      for Syntel to have TriZetto's confidential

24      information?

1       MR. NORBITZ: Objection.

2   A.  **Without having that information, you**

3       **can't execute work.**

4   Q.  **(By Mr. Cutri) Okay. And what kind of**

5       **work are you talking about when you say you can't**

6       **execute the work?**

7       MR. NORBITZ: Objection.

8   A.  **Any software service. It could be**

9       **development of an interface. It could be writing a**

10      **report.**

11  Q.  **(By Mr. Cutri) And so Syntel needed**

12      **TriZetto's confidential information in order to**

13      **develop interface, write reports, or provide**

14      **software services; correct?**

15  A.  **That's right.**

16  Q.  **And TriZetto gave Syntel access to its**

17      **confidential information for the purpose of allowing**

18      **Syntel to do work for TriZetto; correct?**

19  A.  **That's right.**

20  Q.  Did TriZetto give Syntel access to its

21      confidential information for any other purpose

22      beyond doing work for TriZetto?

23      MR. NORBITZ: Objection.

24  A.  I didn't understand this question.

1    Q.   (By Mr. Cutri) Sure. Did TriZetto give

2         access -- Syntel access to TriZetto's confidential

3         information for any purpose other than doing work

4         for TriZetto?

5         MR. NORBITZ: Objection.

6    A.   I -- I still am not able to get the

7         question.

8    Q.   (By Mr. Cutri) Sure. What -- what's

9         giving you trouble?

10   A.   I still don't understand the question. I

11        thought I answered that question.

12   Q.   Okay. What -- what was your answer?

13        MR. NORBITZ: Objection.

14   A.   TriZetto gave confidential -- property to

15        Syntel, right, to execute work for TriZetto.

16   Q.   (By Mr. Cutri) Okay. And -- okay,

17        that's -- I think we're talking about the same

18        thing.

19        So TriZetto gave confidential information

20        to Syntel to execute work for TriZetto; correct?

21   A.   Can you repeat that again?

22   **Q.   Sure. TriZetto gave confidential**

23   **information to Syntel to execute work for TriZetto;**

24   **correct?**

Reddy, Murlidhar

1   A.  For TriZetto or TriZetto's customers?

2       But TriZetto was a -- the cases where -- if TriZetto

3       has another customer, right, the confidential

4       material is available to work on behalf of TriZetto

5       for their end customer.

6   Q.  Right. And the reason that TriZetto gave

7       confidential information to Syntel was to execute

8       work for TriZetto in the context of the MSA; right?

9   A.  That's right.

10  Q.  All right. TriZetto did not give Syntel

11      permission to use its confidential information for

12      any other purpose; correct?

13      MR. NORBITZ: Objection.

14  A.  I'm not aware of it.

15  Q.  (By Mr. Cutri) And do you know if Syntel

16      used TriZetto's confidential information for any

17      other purpose other than executing for work -- work

18      for TriZetto under the MSA?

19      MR. NORBITZ: Objection.

20  A.  I am not aware of it.

21  Q.  (By Mr. Cutri) So getting back to the

22      solicitation of employees -- well, let me come back

23      to that.

24      MR. CUTRI: Let me mark a Deposition Exhibit 1.

**Reddy, Murlidhar**

1     entity?

2   A.  I don't remember anything beyond that.

3   Q.  Okay. Let's look at Exhibits 13 and 14

4       and 15.

5       (WHEREUPON, a certain document was

6       marked Exhibit 13, for

7       identification, as of

8       March 21, 2018.)

9       (WHEREUPON, a certain document was

10      marked Exhibit 14, for

11      identification, as of

12      March 21, 2018.)

13      (WHEREUPON, a certain document was

14      marked Exhibit 15, for

15      identification, as of

**Withdrawn**

22  Q.  This is our call to TriZetto. And then

23      the attachment is labeled board meeting 20140914 --

24      20140914, and there is a presentation attached.

2018-03-21

**Reddy, Murlidhar**

1   A.   Uh-huh.

2   Q.   So that's Item 14. There's also another

3        presentation attached to this email which is POD

4        plus. That one is 15. So what we did is we printed

5        them both out. Does that make sense?

**6        So I'm going to ask you about Exhibit 14**

**7        first, which should say TriZetto, Change of Control,**

**8        Leveraging New Opportunities. Does it say that or**

**9        no?**

**10  A.   This one?**

**11  Q.   Yeah. Exhibit --**

**12  A.   Okay.**

Syntel
Objections:
230:6-230:20
401, 403, DI
1494, PTC

See Exhibit rulings



Withdrawn

21  Q.   I don't know if it has a number on it,

22       but eventually the -- the numbers start on Slide 3.

23  A.   Yeah.

24  Q.   Okay. So what I think is Slide 2 is

1    investor deck.

2    Q. Okay. And then it says: We cherished

3        our relationship with TriZetto (earned 110 million

4        in revenue).

5        Is that your understanding of

6        approximately how much revenue Syntel earned over

7        the life of its engagement with TriZetto?

8    A. Yes.

**9    Q. Okay. And then it says: What a relief.**

**10       We can now generate 100 million/PY. Is that 100**

**11       million per year?**

**12   A. That's right.**

13   Q. And were you conveying to the board that

14       you -- you thought that there was an opportunity

15       to -- to actually generate something closer to

16       $100 million per year now that the

17       Cognizant-TriZetto transaction had happened?

18   A. So this is -- I'll give you the context

19       too.

**20   Q. Uh-huh.**

**21   A. This was probably four or five days a. er**

**22       the announcement has happened, right?**

**23   Q. Yeah. I think it's -- the email is from**

**24       September 27, so --**

Syntel Objections:
233:9-233:12
401, 403, DI 1494,
PTC

See Exhibit rulings

Overruled.

**Reddy, Murlidhar**

1  A.  No, the presentation was made.

2  Q.  Oh, I see. I got what you're saying.

3      Got it.

4  A.  Yeah. So obviously I had to go to the

5      board with something positive.

6  Q.  I don't mean to be laughing. I just -- I

7      can imagine the situation. That's why I'm thinking

8      it's -- it's a challenging situation. But go ahead.

9  A.  So I wanted to convey that there's a

10     positivity in every situation, right.

11 Q.  Right. And so this was perhaps

12     aspirational?

13 A.  Yes.



# Withdrawn

2    A.    See if you get --

3          MR. NORBITZ: Objection.

4    Q.    (By Mr. Cutri) And I'm happy to --

5    A.    Yeah.

6    Q.    There is a Slide 5.

# Withdrawn

ntel Objections:
5:7-236:1
1, 403, DI 1494,
:C

See Exhibit rulings.
Objection to testimony is
overruled.

12    Q.    Got it. And if you look at Slide 5 --

13    A.    Okay.

14    Q.    -- it says: Strategy to drive value,

15          100 million revenues. Am I correct that the -- the

16          plan would have been to -- to largely generate that

17          100 million by way of winning new -- new accounts

18          and expanding existing accounts, which is the

19          $70 million portion in the second row?

20    A.    Yes.

21    Q.    Okay.

22    A.    And not all 70 million would be coming

23          from the TriZetto products. It's -- when you get in

24          with the TriZetto product, you expand. That's what

2018-03-21     Reddy, Murlidhar

1     it means.

2   Q.  And what do you mean? Sorry. What do

3      you mean by that?

4   A.  Yeah, you provide -- provide non -- a lot

5      of non-TriZetto services, not every customer.

6   Q.  I see. So what you're saying is if

7      you -- if Syntel could win an engagement with, let's

8      say, an insurance company that used a TriZetto

9      product, there was an opportunity to Syntel to also

10      sell other services that didn't have anything to do

11      with TriZetto's product?

12   A.  Yeah.

13   Q.  And what would be an example of other

14      services?

15   A.  It could be a billing system, management

16      of a billing system. It could be -- there could be

17      three other products that are used in that

18      ecosystem, right. So the -- it's a combined

19      revenue. We don't look at revenue in an isolation.

20      It's a combined revenue.

21   Q.  Got it. Okay. Going back to -- well, to

22      the best of your -- on this topic, to the best of

23      your knowledge, what has been the actual revenues

24      that have been realized as a result of the

Syntel Objections:
236:6-236:12
401, 403, DI 1494,
PTC

Overruled.

1    What do you mean when you say

2    IP/Solution?

3  A. We created certain accelerators.

4    Accelerators.



**Withdrawn**

13    MR. NORBITZ: Object

**Withdrawn**

16  Q. (By Mr. Cutri) Okay. If you go to the

17    next page.

18  A. Uh-huh.

19  Q. On page Slide 6, it says: Execute 30-,

20    60-, 90-day plan. Redeploy teams to TZ customers.

21    Do you see that?

22  A. Yes.

23  Q. What does that mean?

24  A. As there -- again, this was an early

**Reddy, Murlidhar**

1   Q.  You're not sure, oka

**Withdrawn**

5   MR. NORBITZ: Objection

**Withdrawn**

10  Q.  Okay. So you're not -- you're not

11      contending -- when we talk about Syntel's position

12      about what is Syntel's confidential information, you

13      are not including information contained in

14      TriZetto's manuals?

15  A.  Yeah. If it was not prepared by Syntel,

16      definitely prepared by TriZetto. So...

17  Q.  And you're not including other

18      information that was Syntel -- that is, TriZetto's

19      confidential information, for example, what role

20      TriZetto wants a Syntel employee to undertake;

21      correct?

22  A.  The role --

23      MR. NORBITZ: Objection.

24  A.  -- that Syntel employee performed is

2018-03-22

**Reddy, Murlidhar**

1    Q.  Got it. That was not -- United -- that

2        was not the first instance where Syntel was bidding

3        against TriZetto; correct? UnitedHealth was not the

4        first instance --

5    A.  Not first instance, yes.

6    Q.  -- where Syntel was -- I'm sorry. We're

7        getting a little bit of cross talk. I'll try that

8        again.

9        UnitedHealth Group was not the first

10       instance where Syntel was competing against

11       TriZetto; correct?

12       MR. NORBITZ: Objection.

13   A.  Not just TriZetto, but several others.

14       But it was not the first instance.

**Withdrawn**

**Withdrawn**

20       MR. NORBI

22   Q.  (By Mr. Cutri) Okay. Did Syntel use any

23       of TriZetto's proprietary, confidential,

24       trade secret, or copyrighted information when it