UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

THE TRIZETTO GROUP, INC.
and COGNIZANT TECHNOLOGY SOLUTIONS
CORP.

Counterclaim Plaintiffs,

v.

SYNTEL STERLING BEST SHORES MAURITIUS
LIMITED and SYNTEL, INC.

Counterclaim Defendants.

1:15-CV-00211 (LGS) (SDA)

Hon. Lorna G. Schofield

---

**VERDICT FORM**

ALL JURORS MUST AGREE TO ALL ANSWERS

**Instructions:** Please answer each of the questions below in order. You must fill in a number in response to Questions 1, 3, 4 and 5. All jurors must agree to each answer.

I. **TRADE SECRET DAMAGES UNDER NEW YORK LAW**

1. Under New York law, what is the dollar amount of lost profits damages (including lost sales and/or price erosion damages) TriZetto is entitled to receive from Syntel for trade secret misappropriation, from January 1, 2012, to May 17, 2021?

   $ 69,977,813

*If you answered any amount greater than $0 for Question 1, please skip Question 2 and go on to Question 3. If you answered $0 for Question 1, please consider Question 2.*

2. If you answered $0 for Question 1 because you determined that measuring TriZetto's lost profits from Syntel's trade secret misappropriation is too hard or speculative, what is the dollar amount of reasonable royalty damages TriZetto is entitled to receive from Syntel under New York law for trade secret misappropriation, from January 1, 2012, to May 17, 2021?

   $ N/A

II. **TRADE SECRET DAMAGES UNDER FEDERAL LAW**

3. Under the Defend Trade Secrets Act ("DTSA"), what is the dollar amount of reasonable royalty damages TriZetto is entitled to receive from Syntel for trade secret misappropriation, from May 11, 2016, to May 17, 2021?

   $ 59,700,000

III. **COPYRIGHT DAMAGES**

4. What is the dollar amount of actual damages TriZetto is entitled to receive from Syntel for copyright infringement, from October 30, 2013, to May 17, 2021?

   $ 65,261,913

*After you have answered Questions 1 through 4, please answer Question 5.*

IV. **NO DOUBLE COUNTING**

5. Being mindful of not awarding damages that result in double or multiple recovery for the same injury, what is the total amount of compensatory damages TriZetto is entitled to receive from Syntel in light of your answers to the previous four questions? (i.e., insert here the largest single number you provided above).

   $ 69,977,813

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. Each juror should then sign the verdict form in the spaces below and notify the Court Security Officer that you have reached a verdict.

I attest that the foregoing accurately reflects the jury's decision.

1. _Paul Hav_
2. _Emma Kilyk_
3. _W P Hoop L_
4. _[signature]_
5. _[signature] Roth_
6. _[signature]_
7. _[signature]_
8. _O J M C K_
9. _[signature]_

Foreperson signs again: _Emme Kilyk_

Dated: _06/30_, 2025   3:53 PM ET

*You are finished. Please provide this completed form in a sealed envelope to the Court Security Officer.*

2