PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

DIRECT DIAL: (212) 373-3211
EMAIL: JJANGHORBANI@PAULWEISS.COM

BEIJING          SAN FRANCISCO
BRUSSELS         TOKYO
HONG KONG        TORONTO
LONDON           WASHINGTON, DC
LOS ANGELES      WILMINGTON

August 14, 2025

**VIA ECF FILING**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: *Syntel Sterling Best Shores Mauritius Ltd.* v. *The TriZetto Group, Inc.*,
> No. 1:15-cv-00211 (LGS) (SDA)

Dear Judge Schofield:

Pursuant to Rule I.D.3 of Your Honor's Individual Rules and Procedures for Civil Cases, Plaintiffs/Counterclaim-Defendants Syntel Sterling Best Shores Mauritius Ltd. and Syntel, Inc. (collectively, "Syntel") submit this letter requesting permission to file portions of Exhibits 4 and 5 to Syntel's Memorandum in Support of Its Motion for Judgment as a Matter of Law Pursuant to Federal Rules of Civil Procedure 50(b) and 59 under seal.

Syntel does not have a confidentiality interest in the information contained within these exhibits, both of which are excerpts of demonstratives used with witnesses at the June 2025 trial. However, TriZetto's counsel requested that Syntel file certain slides contained in Exhibits 4 and 5 under seal. Syntel takes no position on whether the at-issue information should remain sealed. However, because the Exhibits contain information TriZetto requested Syntel file under seal, Syntel respectfully submits this letter to allow TriZetto two business days to submit its motion to seek to seal the information.

Respectfully submitted,

*/s/ Jaren Janghorbani*

Jaren Janghorbani
*Counsel for Syntel*

cc: All Counsel of Record via CM/ECF