UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SYNTEL STERLING BEST SHORES                                 :
MAURITIUS LIMITED, and SYNTEL, INC.,                        :
                                                            :
    Plaintiffs and Counterclaim Defendants,              :
                                                            :   15 Civ. 211 (LGS)
    -against-                                             :
                                                            :   ORDER
                                                            :
THE TRIZETTO GROUP, INC. and                                :
COGNIZANT TECHNOLOGY SOLUTIONS                              :
CORP.,                                                      :
                                                            :
    Defendants and Counterclaim Plaintiffs.              :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, Counterclaim Defendants Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. (together, "Syntel") and Counterclaim Plaintiffs Cognizant TriZetto Software Group, Inc. and Cognizant Technology Solutions Corp. (collectively, "TriZetto") move to seal various documents filed in connection with the parties' motions in limine ("MILs") and the jury trial.

    WHEREAS, in an Order dated November 6, 2025, certain of the parties' motions seeking to seal entire documents were denied without prejudice to renewal.

    WHEREAS, the parties have filed renewed motions to seal certain documents, proposing redactions in lieu of sealing documents in their entirety.

    WHEREAS, the parties' motions request inconsistent treatment of the same material in the same document. For example, with respect to the excerpted portions of the Expert Report of Thomas W. Britven dated February 24, 2025, included as Exhibit E to Trizetto's Opposition to Syntel's Motion in Limine No. 3 (Dkt. 1651-4) and as Exhibit A to Trizetto's Opposition to Syntel's Motion in Limine No. 15 (Dkt. 1651-7), the parties request inconsistent redactions on paragraphs 104, 137, 148, and 207. With respect to the excerpted portions of the Expert Report

of Steven R. Kursh dated February 24, 2025, included as Exhibit D to Trizetto's Opposition to Syntel's Motion in Limine No. 3 (Dkt. 1651-3) and as Exhibit C to Trizetto's Opposition to Syntel's Motion in Limine No. 15 (Dkt. 1651-9), the parties request inconsistent redactions on paragraphs 172, 177, and 260.

It is hereby **ORDERED** that, by **December 17, 2025,** the parties shall (1) review the requested redactions for consistency as to the same document and (2) file a letter for each document containing material subject to multiple requests to seal either confirming that the requested redactions are consistent across all versions of the same document, or, if necessary, a renewed motion to seal with consistent redactions.

Dated: December 2, 2025
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**