UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

SYNTEL STERLING BEST SHORES
MAURITIUS LTD., and SYNTEL, INC.,

      Plaintiffs and Counterclaim Defendants,

            -against-

THE TRIZETTO GROUP, INC. and
COGNIZANT TECHNOLOGY SOLUTIONS
CORP.,

      Defendants and Counterclaim Plaintiffs.

----------------------------------------------------------------X

15 Civ. 211 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, TriZetto's motion for attorneys' fees, pre- and post-judgment interest, and costs, is pending before the Court.

      WHEREAS, if pre-judgment interest is awarded, the parties dispute the date from which interest accrues. TriZetto argues that, under New York law, interest accrues from the temporal midpoint of the damages period; and under federal law, interest accrues from the date the claim came into existence. Syntel argues that the date from which interest accrues under any applicable law should be calculated based on the midpoint of when damages were incurred. It is hereby

      **ORDERED** that, by **February 23, 2026**, TriZetto shall submit a letter stating whether, if interest accrues from a date calculated based on the midpoint of when damages were incurred, TriZetto disputes Syntel's proposed date of January 9, 2018; and if so, proposing alternative

calculations.  TriZetto may attach an expert declaration to the letter explaining the basis for

TriZetto's calculations if necessary.

Dated: February 11, 2026
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**