# KIRKLAND & ELLIS LLP

333 West Wolf Point Plaza
Chicago, IL 60654
United States

Gianni Cutri, P.C.
To Call Writer Directly:
+1 312 862 3372
gianni.cutri@kirkland.com

+1 312 862 2000

www.kirkland.com

Facsimile:
+1 312 862 2200

April 7, 2026

**By ECF**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application **GRANTED**. By **April 17, 2026**, TriZetto shall file the remittitur submission and proposed form of judgment.

Dated: April 8, 2026
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:     *Syntel Sterling Best Shores Mauritius Limited, et al. v. The TriZetto Grp., Inc., et al.*, No. 1:15-cv-00211-LGS-SDA

Dear Judge Schofield:

The parties write to the Court concerning the submission of a proposed judgment and TriZetto's election concerning remittitur. The Court's Opinion and Order (D.I. 1681) originally set the deadline for these submissions at April 10, 2026. TriZetto has been diligently working to prepare the remittitur submission and a proposed judgment, about which the parties may additionally need to meet and confer. The parties therefore respectfully request an additional five business day extension until April 17, 2026 to submit the proposed judgment and remittitur submission. The parties have not requested any previous extensions to these deadlines.

Sincerely,

*Gianni Cutri, P.C.*
Gianni Cutri, P.C.

*/s/ Jaren Janghorbani*
Jaren Janghorbani

cc: Counsel of Record (via ECF)