**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SYNTEL STERLING BEST SHORES MAURITIUS LIMITED and SYNTEL, INC., | 1:15-CV-00211 (LGS) (SDA) |
| Plaintiffs and Counterclaim-Defendants, | Hon. Lorna G. Schofield |
| v. | |
| THE TRIZETTO GROUP, INC. and COGNIZANT TECHNOLOGY SOLUTIONS CORP., | |
| Defendants and Counterclaim-Plaintiffs. | |

**<u>AMENDED FINAL JUDGMENT</u>**

On May 18, 2021, a Final Judgment was entered in this action based on a unanimous verdict returned by a jury on October 27, 2020.  (Dkt. 994).

An appeal was taken by Syntel and, on May 25, 2023, the Second Circuit issued an opinion and remanded for further proceedings.  *Syntel Sterling Best Shores Mauritius Ltd. v. TriZetto Grp., Inc.*, 68 F.4th 792 (2d Cir. 2023); (Dkts. 1093, 1094).  On remand, this Court vacated the remaining compensatory damages judgments and granted TriZetto's motion for attorney's fees in the amount of $14,548,992.98.  (Dkt. 1134).  The Court subsequently granted TriZetto's motion for a new trial on compensatory damages.  (Dkt. 1155).

A jury trial on TriZetto's compensatory damages commenced in the above-captioned case on June 24, 2025, and on June 30, 2025, the jury reached and returned its unanimous verdict finding:

1.    TriZetto suffered damages of $69,977,813 from Syntel's trade secret misappropriation under New York law;

2.    TriZetto suffered damages of $59,700,000 from Syntel's trade secret misappropriation under the Defend Trade Secrets Act ("DTSA");

3.      TriZetto suffered damages of $65,261,913 from Syntel's copyright infringement and

4.      The total amount of compensatory damages TriZetto is entitled to receive from Syntel is $69,977,813.

Following the verdict, both parties filed post-trial motions.  On March 27, 2026, the Court issued orders:

1.      Awarding TriZetto additional attorneys' fees in the amount of $12,395,484.50;

2.      Awarding TriZetto pre-judgment interest "under New York law at a rate of 9% per annum on the total amount of compensatory damages, accruing on and after January 9, 2018, until the date of entry of judgment," which totals $60,927,590 through April 24, 2026, and an additional $21,604 per day for each day thereafter until final judgment is entered;

3.      Awarding TriZetto post-judgment interest;

4.      Awarding TriZetto costs pursuant to Federal Rule of Civil Procedure 54(d)(1);

5.      Denying Syntel's motion for judgment as a matter of law or for a new trial and

6.      Granting Syntel's renewed motion to alter or amend the judgment as to punitive damages.

The Court further finds that a retrial on punitive damages at this juncture is not required by the Seventh Amendment and would be futile in light of the Court's order regarding the maximum appropriate punitive damages award and setting remittitur at $139,955,626.  As such, the Court amends its prior order to reduce the punitive damages award in favor of TriZetto to $139,955,626 as a matter of law.

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court hereby amends the Final Judgment entered at Dkt. 994 and ORDERS and ENTERS AMENDED JUDGMENT as follows:

1.      Syntel engaged in trade secret misappropriation in violation of the DTSA.

2.      Syntel engaged in trade secret misappropriation in violation of New York law.

3.      Syntel engaged in copyright infringement.

2

4.      TriZetto did not breach the Master Services Agreement.

5.      TriZetto and Cognizant did not misappropriate Syntel Mauritius's confidential information.

6.      TriZetto and Cognizant did not intentionally interfere with Syntel Inc.'s contractual relations.

7.      TriZetto is awarded $69,977,813 in compensatory damages and $139,955,626 in punitive damages as a matter of law.

8.      TriZetto is awarded prejudgment interest of $60,927,590 through April 24, 2026, and an additional $21,604 per day for each day thereafter until final judgment is entered.

9.      TriZetto is awarded $26,944,477.48 in attorneys' fees.

10.     TriZetto is awarded post-judgment interest starting from the date on which the amended judgment is entered pursuant to 28 U.S.C. § 1961.

11.     TriZetto is awarded costs pursuant to Federal Rule of Civil Procedure 54(d)(1).

12.     A permanent injunction was entered on May 18, 2021 (Dkt. 993), and remains in effect.

SO ORDERED this 29th day of April, 2026.

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

3