**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SYNTEL STERLING BEST SHORES MAURITIUS LIMITED and SYNTEL, INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> THE TRIZETTO GROUP, INC. and COGNIZANT TECHNOLOGY SOLUTIONS CORP., <br><br> Defendants and Counterclaim-Plaintiffs. | 1:15-CV-00211 (LGS) (SDA) <br><br> Hon. Lorna G. Schofield |

**[PROPOSED] ORDER FOR APPROVAL OF SUPERSEDEAS BOND UNDER
FEDERAL RULE OF CIVIL PROCEDURE 62(b) AND
<u>TO STAY EXECUTION OF JUDGMENT</u>**

The parties stipulate, and the Court hereby ORDERS, as follows:

**ORDERED** that the supersedeas bond submitted with the Declaration of Jaren Janghorbani in Support of Syntel's Order to Show Cause for Approval of Supersedeas Bond Under Federal Rule of Civil Procedure 62(b) and to Stay Execution of Judgment (Dkts. 1710-1, 1710-2, 1710-3) in the amount of $309,000,000.00 is approved for a period of one year from the date of entry of the Amended Final Judgment (Dkt. 1705). Execution of the judgment entered on April 29, 2026 is stayed until April 29, 2027.

**ORDERED** that if affirmance, modification, or dismissal of the Appeal (as defined in Dkt. 1710-3) has not occurred by April 29, 2027, Syntel may extend the stay of execution of judgment by six months, to October 29, 2027, by obtaining and submitting to the Court, on or before April 29, 2027, a supersedeas bond in the amount of $309,000,000.00 plus the full amount of an

additional six months of post-judgment interest under 28 U.S.C. § 1961 (the "Extended Stay Bond").

**ORDERED** that if affirmance, modification, or dismissal of the Appeal (as defined in Dkt. 1710-3) has not occurred by the conclusion of any additional six-month stay of execution of judgment, Syntel may extend the stay of execution of judgment by an additional six months by obtaining and submitting to the Court, on or before the date the stay of execution of judgment expires, a supersedeas bond that increases the Extended Stay Bond by an amount equal to an additional six months of post-judgment interest under 28 U.S.C. § 1961.

**ORDERED** that this Order resolves the Court's Order to Show Cause (Dkt. 1711), which is withdrawn.

Dated: May 26 , 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2